BL9927729

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA, PHILADELPHIA DIVISION

| | | |
|---|---|---|
| IN RE:  TIMOTHY WALTERS | : | Chapter: 13 |
| ANDREA WALTERS | : | |
| | : | |
| | : | |
| | : | BANKRUPTCY NO: 25-10949 |

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

2. The address to which all such notices should be sent and substituted for that of the creditor:

**FC Marketplace, LLC**
**c/o Becket & Lee LLP**
**PO Box 3002**
**Malvern, PA 19355-0702**

By: /s/ Christopher Cramer
     Christopher Cramer, Claims Administrator
     Becket & Lee LLP
     PO Box 3002
     Malvern, PA 19355-0702

Date:    03/14/2025