**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Timothy Walters<br>        Andrea Walters<br>                Debtor(s) | CHAPTER 13<br><br>BKY. NO. 25-10949 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of KeyBank, NA and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
17 Mar 2025, 15:38:09, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322