# COMCAST

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10087833
Employee Type: Regular-Full time
FLSA Exempt: Yes

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Timothy Walters | Comcast (CC) of Willow Grove | 10087833 | 12/22/2024 | 01/04/2025 | 01/10/2025 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 7,884.65 | 386.65 | 2,117.10 | 291.75 | 5,089.15 |
| YTD | 0.00 | 7,884.65 | 386.65 | 2,117.10 | 291.75 | 5,089.15 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday Pay | 12/22/2024 - 01/04/2025 | 16 | 98.56 | 1,576.94 | 1,576.94 |
| Vacation Pay | 12/22/2024 - 01/04/2025 | 64 | 98.56 | 6,307.71 | 6,307.71 |
| Earnings | | | | 7,884.65 | 7,884.65 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 480.76 | 480.76 |
| Medicare | 112.44 | 112.44 |
| Federal Withholding | 1,008.81 | 1,008.81 |
| State Tax - PA | 237.66 | 237.66 |
| SUI-Employee Paid - PA | 5.52 | 5.52 |
| City Tax - PHILA | 271.91 | 271.91 |
| Employee Taxes | 2,117.10 | 2,117.10 |

### Pre-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401k Pretax | 3.000% | 236.54 | 236.54 |
| Dental | | 8.67 | 8.67 |
| Medical | | 139.12 | 139.12 |
| Vision | | 2.32 | 2.32 |
| Pre-tax Deductions | | 386.65 | 386.65 |

### Post-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401K Loan (Loan01) | | 210.88 | 210.88 |
| Spouse AD&D Insurance | | 1.15 | 1.15 |
| Spouse Life Insurance | | 7.05 | 7.05 |
| Supplemental AD&D Ins | | 13.12 | 13.12 |
| Supplemental Life Ins | | 59.55 | 59.55 |
| Post-tax Deductions | | 291.75 | 291.75 |

### Taxable Non-Cash Event

| Description | Amount | YTD |
|---|---|---|
| Basic LTD 40% | 6.75 | 6.75 |
| Taxable GTL | 12.90 | 12.90 |
| Taxable Non-Cash Event | 19.65 | 19.65 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| WILMINGTON SAVS FUND SOC | WSFS | ******7058 | | 4,325.78 | USD |
| BANK OF AMERICA, NA | BANK OF AMERICA, NA ******0824 | ******0824 | | 763.37 | USD |


## COMCAST

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10087833
Employee Type: Regular-Full time
FLSA Exempt: Yes

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Timothy Walters | Comcast (CC) of Willow Grove | 10087833 | 01/05/2025 | 01/18/2025 | 01/24/2025 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 7,884.62 | 386.65 | 2,117.09 | 291.75 | **5,089.13** |
| YTD | 80.00 | 15,769.27 | 773.30 | 4,234.19 | 583.50 | **10,178.28** |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday Pay | | | | | 1,576.94 |
| Regular Pay - Salary | 01/05/2025 - 01/18/2025 | 80 | 98.56 | 7,884.62 | 7,884.62 |
| Vacation Pay | | | | | 6,307.71 |
| Earnings | | | | 7,884.62 | 15,769.27 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 480.76 | 961.52 |
| Medicare | 112.43 | 224.87 |
| Federal Withholding | 1,008.80 | 2,017.61 |
| State Tax - PA | 237.66 | 475.32 |
| SUI-Employee Paid - PA | 5.53 | 11.05 |
| City Tax - PHILA | 271.91 | 543.82 |
| Employee Taxes | 2,117.09 | 4,234.19 |

### Pre-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401k Pretax | 3.000% | 236.54 | 473.08 |
| Dental | | 8.67 | 17.34 |
| Medical | | 139.12 | 278.24 |
| Vision | | 2.32 | 4.64 |
| Pre-tax Deductions | | 386.65 | 773.30 |

### Post-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401K Loan (Loan01) | | 210.88 | 421.76 |
| Spouse AD&D Insurance | | 1.15 | 2.30 |
| Spouse Life Insurance | | 7.05 | 14.10 |
| Supplemental AD&D Ins | | 13.12 | 26.24 |
| Supplemental Life Ins | | 59.55 | 119.10 |
| Post-tax Deductions | | 291.75 | 583.50 |

### Taxable Non-Cash Event

| Description | Amount | YTD |
|---|---|---|
| Basic LTD 40% | 6.75 | 13.50 |
| Taxable GTL | 12.90 | 25.80 |
| Taxable Non-Cash Event | 19.65 | 39.30 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| BANK OF AMERICA, NA | BANK OF AMERICA, NA ******0824 | ******0824 | | 763.37 | USD |
| WILMINGTON SAVS FUND SOC | WSFS | ******7058 | | 4,325.76 | USD |



Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10087833
Employee Type: Regular-Full time
FLSA Exempt: Yes

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Timothy Walters | Comcast (CC) of Willow Grove | 10087833 | 01/19/2025 | 02/01/2025 | 02/07/2025 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 72.00 | 12,106.85 | 513.32 | 3,618.92 | 291.75 | 7,682.86 |
| YTD | 152.00 | 27,876.12 | 1,286.62 | 7,853.11 | 875.25 | 17,861.14 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| CIP Quarterly Bonus | 01/19/2025 - 02/01/2025 | | | 4,222.22 | 4,222.22 |
| Holiday Pay | 01/19/2025 - 02/01/2025 | 8 | 98.56 | 788.47 | 2,365.41 |
| Regular Pay - Salary | 01/19/2025 - 02/01/2025 | 72 | 98.56 | 7,096.16 | 14,980.78 |
| Vacation Pay | | | | | 6,307.71 |
| Earnings | | | | 12,106.85 | 27,876.12 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 742.53 | 1,704.05 |
| Medicare | 173.66 | 398.53 |
| Federal Withholding | 1,909.82 | 3,927.43 |
| State Tax - PA | 367.28 | 842.60 |
| SUI-Employee Paid - PA | 8.48 | 19.53 |
| City Tax - PHILA | 417.15 | 960.97 |
| Employee Taxes | 3,618.92 | 7,853.11 |

### Pre-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401k Pretax | 3.000% | 363.21 | 836.29 |
| Dental | | 8.67 | 26.01 |
| Medical | | 139.12 | 417.36 |
| Vision | | 2.32 | 6.96 |
| Pre-tax Deductions | | 513.32 | 1,286.62 |

### Post-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401K Loan (Loan01) | | 210.88 | 632.64 |
| Spouse AD&D Insurance | | 1.15 | 3.45 |
| Spouse Life Insurance | | 7.05 | 21.15 |
| Supplemental AD&D Ins | | 13.12 | 39.36 |
| Supplemental Life Ins | | 59.55 | 178.65 |
| Post-tax Deductions | | 291.75 | 875.25 |

### Taxable Non-Cash Event

| Description | Amount | YTD |
|---|---|---|
| Basic LTD 40% | 6.75 | 20.25 |
| Taxable GTL | 12.90 | 38.70 |
| Taxable Non-Cash Event | 19.65 | 58.95 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| WILMINGTON SAVS FUND SOC | WSFS | ******7058 | | 6,530.43 | USD |
| BANK OF AMERICA, NA | BANK OF AMERICA, NA ******0824 | ******0824 | | 1,152.43 | USD |

# COMCAST

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10087833
Employee Type: Regular-Full time
FLSA Exempt: Yes

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Timothy Walters | Comcast (CC) of Willow Grove | 10087833 | 11/24/2024 | 12/07/2024 | 12/13/2024 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 56.00 | 7,884.64 | 367.63 | 1,728.80 | 305.39 | 5,482.82 |
| YTD | 1,792.00 | 277,326.38 | 11,641.22 | 84,637.45 | 29,475.20 | 151,572.51 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| CIP Annual Bonus | | | | | 26,347.53 |
| CIP Quarterly Bonus | | | | | 13,564.95 |
| Dividend Equivalent Unit | | | | | 1,903.76 |
| Flex Day | 11/24/2024 - 12/07/2024 | 16 | 98.56 | 1,576.93 | 7,015.44 |
| Holiday Pay | 11/24/2024 - 12/07/2024 | 8 | 98.56 | 788.47 | 6,065.45 |
| NQO Exercise | | | | | 6,548.43 |
| Non-Cash GU Zero Net | | | | | 17.59 |
| Regular Pay - Salary | 11/24/2024 - 12/07/2024 | 56 | 98.56 | 5,519.24 | 173,244.46 |
| Restricted Stock Distribution | | | | | 25,845.68 |
| Signing Bonus | | | | | 10,000.00 |
| Vacation Pay | | | | | 6,773.09 |
| Earnings | | | | 7,884.64 | 277,326.38 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 0.00 | 10,453.20 |
| Medicare | 182.67 | 4,656.72 |
| Federal Withholding | 1,030.45 | 51,577.26 |
| State Tax - PA | 238.24 | 8,426.01 |
| SUI-Employee Paid - PA | 5.53 | 194.24 |
| City Tax - PHILA | 271.91 | 9,330.02 |
| Employee Taxes | 1,728.80 | 84,637.45 |

### Pre-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401k Pretax | 3.000% | 236.54 | 8,626.15 |
| Dental | | 8.31 | 191.13 |
| Medical | | 120.46 | 2,770.58 |
| Vision | | 2.32 | 53.36 |
| Pre-tax Deductions | | 367.63 | 11,641.22 |

### Post-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401K Loan (Loan01) | | 210.88 | 5,272.00 |
| Life and AD&D Retro | | | 8.78 |
| Net Pay Offset | | | 22,053.38 |
| Non-Cash Gross-up Offset | | | 11.21 |
| Spouse AD&D Insurance | | 1.30 | 29.90 |
| Spouse Life Insurance | | 7.42 | 170.66 |
| Supplemental AD&D Ins | | 14.76 | 331.93 |
| Supplemental Life Ins | | 71.03 | 1,597.34 |
| Post-tax Deductions | | 305.39 | 29,475.20 |

### Taxable Non-Cash Event

| Description | Amount | YTD |
|---|---|---|
| Basic LTD 40% | 6.75 | 151.80 |
| Retro Taxable Benefits (Retro Basic LTD 40%) | | 0.69 |
| Retro Taxable GTL | | 1.60 |
| Taxable GTL | 12.90 | 288.70 |
| Taxable Non-Cash Event | 19.65 | 442.79 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| WILMINGTON SAVS FUND SOC | WSFS | ******7058 | | 4,660.40 | USD |
| BANK OF AMERICA, NA | BANK OF AMERICA, NA ******0824 | ******0824 | | 822.42 | USD |

# COMCAST

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10087833
Employee Type: Regular-Full time
FLSA Exempt: Yes

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Timothy Walters | Comcast (CC) of Willow Grove | 10087833 | 12/08/2024 | 12/21/2024 | 12/27/2024 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 56.00 | 7,889.20 | 367.63 | 1,730.19 | 308.57 | 5,482.81 |
| YTD | 1,848.00 | 285,215.58 | 12,008.85 | 86,367.64 | 29,783.77 | 157,055.32 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| CIP Annual Bonus | | | | | 26,347.53 |
| CIP Quarterly Bonus | | | | | 13,564.95 |
| Dividend Equivalent Unit | | | | | 1,903.76 |
| Flex Day | | | | | 7,015.44 |
| Floating Holiday | 12/08/2024 - 12/21/2024 | 24 | 98.56 | 2,365.39 | 2,365.39 |
| Holiday Pay | | | | | 6,065.45 |
| NQO Exercise | | | | | 6,548.43 |
| Non-Cash GU Zero Net | 11/01/2024 - 11/30/2024 | | | 4.57 | 22.16 |
| Regular Pay - Salary | 12/08/2024 - 12/21/2024 | 56 | 98.56 | 5,519.24 | 178,763.70 |
| Restricted Stock Distribution | | | | | 25,845.68 |
| Signing Bonus | | | | | 10,000.00 |
| Vacation Pay | | | | | 6,773.09 |
| Earnings | | | | 7,889.20 | 285,215.58 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 0.00 | 10,453.20 |
| Medicare | 182.78 | 4,839.50 |
| Federal Withholding | 1,031.45 | 52,608.71 |
| State Tax - PA | 238.38 | 8,664.39 |
| SUI-Employee Paid - PA | 5.52 | 199.76 |
| City Tax - PHILA | 272.06 | 9,602.08 |
| Employee Taxes | 1,730.19 | 86,367.64 |

### Pre-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401K Pretax | 3.000% | 236.54 | 8,862.69 |
| Dental | | 8.31 | 199.44 |
| Medical | | 120.46 | 2,891.04 |
| Vision | | 2.32 | 55.68 |
| Pre-tax Deductions | | 367.63 | 12,008.85 |

### Post-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401K Loan (Loan01) | | 210.88 | 5,482.88 |
| Life and AD&D Retro | | | 8.78 |
| Net Pay Offset | | | 22,053.38 |
| Non-Cash Gross-up Offset | | 3.18 | 14.39 |
| Spouse AD&D Insurance | | 1.30 | 31.20 |
| Spouse Life Insurance | | 7.42 | 178.08 |
| Supplemental AD&D Ins | | 14.76 | 346.69 |
| Supplemental Life Ins | | 71.03 | 1,668.37 |
| Post-tax Deductions | | 308.57 | 29,783.77 |

### Taxable Non-Cash Event

| Description | Amount | YTD |
|---|---|---|
| Basic LTD 40% | 6.75 | 158.55 |
| Retro Taxable Benefits (Retro Basic LTD 40%) | | 0.69 |
| Retro Taxable GTL | | 1.60 |
| Taxable GTL | 12.90 | 301.60 |
| Taxable Non-Cash Event | 19.65 | 462.44 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| BANK OF AMERICA, NA | BANK OF AMERICA, NA ******0824 | ******0824 | | 822.42 | USD |
| WILMINGTON SAVS FUND SOC | WSFS | ******7058 | | 4,660.39 | USD |