

Christiana Care Health Services, Inc.    PO Box 2653    Wilmington, DE 19805    +1 (302) 3275555

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Andrea Walters | Christiana Care Health Services, Inc. | 801109802 | 11/10/2024 | 11/23/2024 | 11/29/2024 | |

| | Gross Pay | Reimbursements and Memos | Employee Taxes | All Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,169.60 | 0.00 | 771.62 | 317.15 | 2,080.83 |
| YTD | 75,744.44 | 0.00 | 18,460.07 | 7,283.16 | 50,001.21 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| CRP Payment | | | | | 500.00 |
| CRP OT - Payment | | | | | 0.07 |
| GTL Imputed Inc | 11/10/2024-11/23/2024 | 0 | 0 | 1.38 | 31.43 |
| Holiday Premium | | | | | 156.20 |
| Over 80 - Straight Time | | | | | 19.14 |
| OT Over 80 - Premium | | | | | 9.67 |
| PTO | 11/10/2024-11/23/2024 | 4 | 39.62 | 158.48 | 9,620.59 |
| Regular | 11/10/2024-11/23/2024 | 76 | 39.62 | 3,011.12 | 63,677.39 |
| Shift Weekend | | | | | 918.54 |
| STD Imputed Income | 11/10/2024-11/23/2024 | 0 | 0 | 16.18 | 383.89 |
| Unscheduled PTO | | | | | 842.84 |
| Earnings | | | | 3,187.16 | 76,159.76 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 187.57 | 4,489.33 |
| Medicare | 43.86 | 1,049.92 |
| Federal Withholding | 396.33 | 9,475.89 |
| State Tax - DE | 143.86 | 3,441.96 |
| City Tax - WILM | | 2.97 |
| Employee Taxes | 771.62 | 18,460.07 |

### All Deductions

| Description | Amount | YTD |
|---|---|---|
| 403B Lincoln (Pre Tax) | 126.78 | 3,009.77 |
| Dental (Pre Tax) | 24.00 | 576.00 |
| PPO Medical (Pre Tax) | 126.00 | 2,946.00 |
| Life Insurance (Post Tax) | 12.85 | 266.15 |
| LTD Insurance (Post Tax) | 15.31 | 248.36 |
| Details Not Displayed | 12.21 | 236.88 |
| All Deductions | 317.15 | 7,283.16 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,025.27 | 72,408.56 |
| Medicare - Taxable Wages | 3,025.27 | 72,408.56 |
| Federal Withholding - Taxable Wages | 2,898.49 | 69,398.79 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Time Off Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Disability Leave Accrual | 0 | 0 | 190.32 |
| Paid Time Off | 11.4 | 0 | 82.85 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| WSFS | WSFS | ******7058 | | 2,080.83 | USD |



Christiana Care Health Services, Inc.  PO Box 2653  Wilmington, DE 19805  +1 (302) 3275555

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Andrea Walters | Christiana Care Health Services, Inc. | 801109802 | 11/24/2024 | 12/07/2024 | 12/13/2024 | |

| | Gross Pay | Reimbursements and Memos | Employee Taxes | All Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,264.69 | 0.00 | 805.01 | 320.96 | 2,138.72 |
| YTD | 79,009.13 | 0.00 | 19,265.08 | 7,604.12 | 52,139.93 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| CRP Payment | | | | | 500.00 |
| CRP OT - Payment | | | | | 0.07 |
| GTL Imputed Inc | 11/24/2024-12/07/2024 | 0 | 0 | 1.38 | 32.81 |
| Holiday Premium | | | | | 156.20 |
| Over 80 - Straight Time | | | | | 19.14 |
| OT Over 80 - Premium | | | | | 9.67 |
| PTO | 11/24/2024-12/07/2024 | 15.5 | 39.62 | 614.11 | 10,234.70 |
| Regular | 11/24/2024-12/07/2024 | 64.5 | 39.62 | 2,555.49 | 66,232.88 |
| Shift Weekend | 11/24/2024-12/07/2024 | 24 | 3.962 | 95.09 | 1,013.63 |
| STD Imputed Income | 11/24/2024-12/07/2024 | 0 | 0 | 16.18 | 400.07 |
| Unscheduled PTO | | | | | 842.84 |
| Earnings | | | | 3,282.25 | 79,442.01 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 193.46 | 4,682.79 |
| Medicare | 45.25 | 1,095.17 |
| Federal Withholding | 416.41 | 9,892.30 |
| State Tax - DE | 149.89 | 3,591.85 |
| City Tax - WILM | | 2.97 |
| Employee Taxes | 805.01 | 19,265.08 |

### All Deductions

| Description | Amount | YTD |
|---|---|---|
| 403B Lincoln (Pre Tax) | 130.59 | 3,140.36 |
| Dental (Pre Tax) | 24.00 | 600.00 |
| PPO Medical (Pre Tax) | 126.00 | 3,072.00 |
| Life Insurance (Post Tax) | 12.85 | 279.00 |
| LTD Insurance (Post Tax) | 15.31 | 263.67 |
| Details Not Displayed | 12.21 | 249.09 |
| All Deductions | 320.96 | 7,604.12 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,120.36 | 75,528.92 |
| Medicare - Taxable Wages | 3,120.36 | 75,528.92 |
| Federal Withholding - Taxable Wages | 2,989.77 | 72,388.56 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Time Off Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Disability Leave Accrual | 0 | 0 | 190.32 |
| Paid Time Off | 11.4 | 0 | 78.75 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| WSFS | WSFS | ******7058 | | 2,138.72 | USD |



Christiana Care Health Services, Inc.    PO Box 2653    Wilmington, DE 19805    +1 (302) 3275555

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Andrea Walters | Christiana Care Health Services, Inc. | 801109802 | 12/08/2024 | 12/21/2024 | 12/27/2024 | |

| | Gross Pay | Reimbursements and Memos | Employee Taxes | All Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,201.30 | 0.00 | 782.76 | 318.42 | 2,100.12 |
| YTD | 82,210.43 | 0.00 | 20,047.84 | 7,922.54 | 54,240.05 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| CRP Payment | | | | | 500.00 |
| CRP OT - Payment | | | | | 0.07 |
| GTL Imputed Inc | 12/08/2024-12/21/2024 | 0 | 0 | 1.38 | 34.19 |
| Holiday Premium | | | | | 156.20 |
| Over 80 - Straight Time | | | | | 19.14 |
| OT Over 80 - Premium | | | | | 9.67 |
| PTO | 12/08/2024-12/21/2024 | 7.5 | 39.62 | 297.15 | 10,531.85 |
| Regular | 12/08/2024-12/21/2024 | 72.5 | 39.62 | 2,872.45 | 69,105.33 |
| Shift Weekend | 12/08/2024-12/21/2024 | 8 | 3.962 | 31.70 | 1,045.33 |
| STD Imputed Income | 12/08/2024-12/21/2024 | 0 | 0 | 16.18 | 416.25 |
| Unscheduled PTO | | | | | 842.84 |
| Earnings | | | | 3,218.86 | 82,660.87 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 189.54 | 4,872.33 |
| Medicare | 44.33 | 1,139.50 |
| Federal Withholding | 403.02 | 10,295.32 |
| State Tax - DE | 145.87 | 3,737.72 |
| City Tax - WILM | | 2.97 |
| Employee Taxes | 782.76 | 20,047.84 |

### All Deductions

| Description | Amount | YTD |
|---|---|---|
| 403B Lincoln (Pre Tax) | 128.05 | 3,268.41 |
| Dental (Pre Tax) | 24.00 | 624.00 |
| PPO Medical (Pre Tax) | 126.00 | 3,198.00 |
| Life Insurance (Post Tax) | 12.85 | 291.85 |
| LTD Insurance (Post Tax) | 15.31 | 278.98 |
| Details Not Displayed | 12.21 | 261.30 |
| All Deductions | 318.42 | 7,922.54 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,056.97 | 78,585.89 |
| Medicare - Taxable Wages | 3,056.97 | 78,585.89 |
| Federal Withholding - Taxable Wages | 2,928.92 | 75,317.48 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Time Off Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Disability Leave Accrual | 0 | 0 | 190.32 |
| Paid Time Off | 11.4 | 0 | 82.65 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| WSFS | WSFS | ******7058 | | 2,100.12 | USD |



Christiana Care Health Services, Inc.  PO Box 2653  Wilmington, DE 19805  +1 (302) 3275555

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Andrea Walters | Christiana Care Health Services, Inc. | 801109802 | 12/08/2024 | 12/21/2024 | 12/27/2024 | |

| | Gross Pay | Reimbursements and Memos | Employee Taxes | All Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 |
| YTD | 82,210.43 | 0.01 | 20,047.84 | 7,922.54 | 54,240.05 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| CRP Payment | | | | | 500.00 |
| CRP OT - Payment | | | | | 0.07 |
| GTL Imputed Inc | | | | | 34.19 |
| Holiday Premium | | | | | 156.20 |
| Over 80 - Straight Time | | | | | 19.14 |
| OT Over 80 - Premium | | | | | 9.67 |
| PTO | | | | | 10,531.85 |
| Regular | | | | | 69,105.33 |
| Shift Weekend | | | | | 1,045.33 |
| STD Imputed Income | | | | | 416.25 |
| Unscheduled PTO | | | | | 842.84 |
| Earnings | | | | 0.00 | 82,660.87 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 0.00 | 4,872.33 |
| Medicare | 0.00 | 1,139.50 |
| Federal Withholding | | 10,295.32 |
| State Tax - DE | | 3,737.72 |
| City Tax - WILM | | 2.97 |
| Employee Taxes | 0.00 | 20,047.84 |

### Reimbursements and Memos

| Description | Amount | YTD |
|---|---|---|
| Memo W2 Pension | 0.01 | 0.01 |
| Reimbursements and Memos | 0.01 | 0.01 |

### All Deductions

| Description | Amount | YTD |
|---|---|---|
| 403B Lincoln (Pre Tax) | | 3,268.41 |
| Dental (Pre Tax) | | 624.00 |
| PPO Medical (Pre Tax) | | 3,198.00 |
| Life Insurance (Post Tax) | | 291.85 |
| LTD Insurance (Post Tax) | | 278.98 |
| Details Not Displayed | 0.00 | 261.30 |
| All Deductions | 0.00 | 7,922.54 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 0.00 | 78,585.89 |
| Medicare - Taxable Wages | 0.00 | 78,585.89 |
| Federal Withholding - Taxable Wages | 0.00 | 75,317.48 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Time Off Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Disability Leave Accrual | 0 | 0 | 190.32 |
| Paid Time Off | 11.4 | 0 | 82.65 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| WSFS | WSFS | ******7058 | | 0.00 | USD |



| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Andrea Walters | Christiana Care Health Services, Inc. | 801109802 | 12/22/2024 | 01/04/2025 | 01/10/2025 | |

Christiana Care Health Services, Inc.  PO Box 2653  Wilmington, DE 19805   +1 (302) 3275555

| | Gross Pay | Reimbursements and Memos | Employee Taxes | All Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,394.64 | 0.00 | 841.89 | 326.16 | 2,226.59 |
| YTD | 3,394.64 | 0.00 | 841.89 | 326.16 | 2,226.59 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| GTL Imputed Inc | 12/22/2024-01/04/2025 | 0 | 0 | 1.38 | 1.38 |
| Holiday Premium | 12/29/2024-01/04/2025 | 8 | 20.205 | 161.64 | 161.64 |
| PTO | 12/22/2024-01/04/2025 | 40 | 39.62 | 1,584.80 | 1,584.80 |
| Regular | 12/22/2024-01/04/2025 | 40 | 39.62 | 1,584.80 | 1,584.80 |
| Shift Weekend | 12/22/2024-01/04/2025 | 16 | 3.962 | 63.40 | 63.40 |
| STD Imputed Income | 12/22/2024-01/04/2025 | 0 | 0 | 16.18 | 16.18 |
| Earnings | | | | 3,412.20 | 3,412.20 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 201.52 | 201.52 |
| Medicare | 47.13 | 47.13 |
| Federal Withholding | 435.12 | 435.12 |
| State Tax - DE | 158.12 | 158.12 |
| Employee Taxes | 841.89 | 841.89 |

### All Deductions

| Description | Amount | YTD |
|---|---|---|
| 403B Lincoln (Pre Tax) | 135.79 | 135.79 |
| Dental (Pre Tax) | 24.00 | 24.00 |
| PPO Medical (Pre Tax) | 126.00 | 126.00 |
| Life Insurance (Post Tax) | 12.85 | 12.85 |
| LTD Insurance (Post Tax) | 15.31 | 15.31 |
| Details Not Displayed | 12.21 | 12.21 |
| All Deductions | 326.16 | 326.16 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,250.31 | 3,250.31 |
| Medicare - Taxable Wages | 3,250.31 | 3,250.31 |
| Federal Withholding - Taxable Wages | 3,114.52 | 3,114.52 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Time Off Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Disability Leave Accrual | 0 | 0 | 190.32 |
| Paid Time Off | 11.4 | 0 | 54.05 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| WSFS | WSFS | ******7058 | | 2,226.59 | USD |



**Christiana Care Health Services, Inc.   PO Box 2653   Wilmington, DE 19805   +1 (302) 3275555**

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Andrea Walters | Christiana Care Health Services, Inc. | 801109802 | 01/05/2025 | 01/18/2025 | 01/24/2025 | |

| | Gross Pay | Reimbursements and Memos | Employee Taxes | All Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,201.30 | 0.00 | 774.02 | 318.42 | 2,108.86 |
| YTD | 6,595.94 | 0.00 | 1,615.91 | 644.58 | 4,335.45 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| GTL Imputed Inc | 01/05/2025-01/18/2025 | 0 | 0 | 1.38 | 2.76 |
| Holiday Premium | | | | | 161.64 |
| PTO | | | | | 1,584.80 |
| Regular | 01/05/2025-01/18/2025 | 80 | 39.62 | 3,169.60 | 4,754.40 |
| Shift Weekend | 01/05/2025-01/18/2025 | 8 | 3.962 | 31.70 | 95.10 |
| STD Imputed Income | 01/05/2025-01/18/2025 | 0 | 0 | 16.18 | 32.36 |
| Earnings | | | | 3,218.86 | 6,631.06 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 189.53 | 391.05 |
| Medicare | 44.33 | 91.46 |
| Federal Withholding | 394.29 | 829.41 |
| State Tax - DE | 145.87 | 303.99 |
| Employee Taxes | 774.02 | 1,615.91 |

### All Deductions

| Description | Amount | YTD |
|---|---|---|
| 403B Lincoln (Pre Tax) | 128.05 | 263.84 |
| Dental (Pre Tax) | 24.00 | 48.00 |
| PPO Medical (Pre Tax) | 126.00 | 252.00 |
| Life Insurance (Post Tax) | 12.85 | 25.70 |
| LTD Insurance (Post Tax) | 15.31 | 30.62 |
| Details Not Displayed | 12.21 | 24.42 |
| All Deductions | 318.42 | 644.58 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,056.97 | 6,307.28 |
| Medicare - Taxable Wages | 3,056.97 | 6,307.28 |
| Federal Withholding - Taxable Wages | 2,928.92 | 6,043.44 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Time Off Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Disability Leave Accrual | 0 | 0 | 190.32 |
| Paid Time Off | 11.4 | 0 | 65.45 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| WSFS | WSFS | ******7058 | | 2,108.86 | USD |



Christiana Care Health Services, Inc.    PO Box 2653    Wilmington, DE 19805    +1 (302) 3275555

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Andrea Walters | Christiana Care Health Services, Inc. | 801109802 | 01/19/2025 | 02/01/2025 | 02/07/2025 | |

| | Gross Pay | Reimbursements and Memos | Employee Taxes | All Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,391.16 | 0.00 | 840.66 | 326.02 | 2,224.48 |
| YTD | 9,987.10 | 0.00 | 2,456.57 | 970.60 | 6,559.93 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| GTL Imputed Inc | 01/19/2025-02/01/2025 | 0 | 0 | 1.38 | 4.14 |
| Holiday Premium | 01/26/2025-02/01/2025 | 8 | 20.005 | 160.04 | 321.68 |
| Over 80 - Straight Time | 01/19/2025-02/01/2025 | 0.5 | 39.62 | 19.81 | 19.81 |
| OT Over 80 - Premium | 01/26/2025-02/01/2025 | 0.5 | 20.005 | 10.01 | 10.01 |
| PTO | | | | | 1,584.80 |
| Regular | 01/19/2025-02/01/2025 | 80 | 39.62 | 3,169.60 | 7,924.00 |
| Shift Weekend | 01/19/2025-02/01/2025 | 8 | 3.962 | 31.70 | 126.80 |
| STD Imputed Income | 01/19/2025-02/01/2025 | 0 | 0 | 16.18 | 48.54 |
| Earnings | | | | 3,408.72 | 10,039.78 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 201.30 | 592.35 |
| Medicare | 47.07 | 138.53 |
| Federal Withholding | 434.39 | 1,263.80 |
| State Tax - DE | 157.90 | 461.89 |
| Employee Taxes | 840.66 | 2,456.57 |

### All Deductions

| Description | Amount | YTD |
|---|---|---|
| 403B Lincoln (Pre Tax) | 135.65 | 399.49 |
| Dental (Pre Tax) | 24.00 | 72.00 |
| PPO Medical (Pre Tax) | 126.00 | 378.00 |
| Life Insurance (Post Tax) | 12.85 | 38.55 |
| LTD Insurance (Post Tax) | 15.31 | 45.93 |
| Details Not Displayed | 12.21 | 36.63 |
| All Deductions | 326.02 | 970.60 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,246.83 | 9,554.11 |
| Medicare - Taxable Wages | 3,246.83 | 9,554.11 |
| Federal Withholding - Taxable Wages | 3,111.18 | 9,154.62 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Time Off Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Disability Leave Accrual | 0 | 0 | 190.32 |
| Paid Time Off | 11.4 | 0 | 76.85 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| WSFS | WSFS | ******7058 | | 2,224.48 | USD |