## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Andrea Walters<br>        Timothy Walters<br>                    Debtor(s)<br><br>M&T Bank, its successors and/or assigns<br>                    Movant<br>        vs.<br><br>Andrea Walters<br>Timothy Walters<br>                    Debtor(s)<br><br>Kenneth E. West<br>                    Trustee | CHAPTER 13<br><br><br>NO. 25-10949 AMC |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of M&T Bank, which was filed with the Court on or about April 29, 2025.

Dated: October 10, 2025

                                    Respectfully submitted,


                                    /s/Matthew Fissel
                                    Matthew Fissel, Esq.
                                    KML Law Group, P.C.
                                    BNY Mellon Independence Center
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA  19106
                                    Phone: (215)-627-1322
                                    mfissel@kmllawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Andrea Walters Timothy Walters | **BK NO. 25-10949 AMC** |
| **Debtor(s)** | **Chapter 13** |
| **M&T Bank** | **Related to Claim No. 15** |
| **Movant** | |
| vs. | |
| **Andrea Walters Timothy Walters** | |
| **Debtor(s)** | |
| **Kenneth E. West** | |
| **Trustee** | |

## CERTIFICATE OF SERVICE

I, Matthew Fissel, certify that on 10/10/2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe to Withdraw

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 10/10/2025

/s/ **Matthew Fissel**
Matthew Fissel, Esquire
Attorney I.D. 314567
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Andrea Walters<br>151 Hamilton Road<br>Landenberg, PA 19350<br><br>Timothy Walters<br>151 Hamilton Road<br>Landenberg, PA 19350 | Debtors | ☐ Hand-delivered<br>☒ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |
| GARY E. THOMPSON ESQUIRE<br>150 E. Swedesford Road<br>Suite 102<br>Wayne, PA 19087 | Attorney for Debtors | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Kenneth E. West<br>1901 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106 | Trustee | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |