

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

25-10949

DEBTOR(S):

TIMOTHY WALTERS

ANDREA WALTERS

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 16 IN THE AMOUNT OF $36,287.48

CREDITOR'S SIGNATURE:

/s/ Brandie McCann

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

12/4/2025