Bank of America, N.A.
PO Box 15102
Wilmington, DE 19886-5102

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

**NOTICE OF WITHDRAWAL**

In re: Timothy Walters and Andrea Walters
CHAPTER: 13
CASE NUMBER: 25-10949

TO: Clerk of the Court

1. A proof of claim was electronically filed on behalf of Bank of America, N.A.
2. For account 6119 in the amount of $1001.43.
3. Docketed by the court on April 07, 2025 Claim number 13.

    You are notified that such proof of claim is hereby withdrawn.

DATED: December 09, 2025

Bank of America, N.A.

/s/ Jeffrey Randall, Assistant Vice President