Bank of America, N.A.
PO Box 15102
Wilmington, DE 19886-5102

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

**NOTICE OF WITHDRAWAL**

In re: Timothy Walters and Andrea Walters
CHAPTER: 13
CASE NUMBER: 25-10949

TO: Clerk of the Court

1. A proof of claim was electronically filed on behalf of Bank of America, N.A.
2. For account 1379 in the amount of $25187.41
3. Docketed by the court on April 03, 2025 Claim number 12.

   You are notified that such proof of claim is hereby withdrawn.


DATED: December 09, 2025


Bank of America, N.A.

/s/ Jeffrey Randall, Assistant Vice President