**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **TIMOTHY & ANDREA WALTERS** | **:** | **CHAPTER 13** |
| **Debtor** | **:** | |
| | **:** | **BANKRUPTCY NO. 25-10949** |

**MOTION TO VACATE DISMISSAL ORDER**

Debtor, TIMOTHY & ANDREA WALTERS, by and through their attorney, Gary E. Thompson, Esquire, respectfully represents the following:

1.      Debtor commenced this case on March 10, 2025 by filing the above numbered voluntary Chapter 13  petition under Title XI, U.S. Code.

2.      An Amended Plan was filed by Debtors on or about September 29, 2025.

3.      Confirmation and Motion to Dismiss was scheduled before this Honorable Court on December 9, 2025.

4.      As of December 9, 2025, Debtors were current with their Plan payments.

5.      The Commonwealth of Pennsylvania filed an Objection to Confirmation, in essence objecting to the interest being paid on their claim.  Counsel for Debtor has been in communication with the Commonwealth's attorney about rectifying that issue.

6.      Counsel for Debtors had a separate matter before the court in which the Trustee was seeking dismissal.  Counsel for debtor communicated with the Trustee that he would be unavailable to attend that matter because of a scheduling conflict but was not opposing Dismissal.

7.      Ultimately, it was communicated to the Court that both matters were to be dismissed, when in reality this matter was to be continued.   This matter was dismissed in error.

WHEREFORE, Debtor requests this Honorable Court for an Order vacating the dismissal and reopening debtor's case.

Respectfully submitted,

/s/ Gary E. Thompson

_____

GARY E. THOMPSON, ESQ.
Attorney for Debtor