# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: TIMOTHY & ANDREA WALTERS     :         CHAPTER 13
            Debtor     :
                                                                    **BANKRUPTCY NO. 25-10949**

## ORDER

AND NOW, this _____ day of _____, 2026, upon consideration of Debtor's Motion to Vacate Dismissal, it is hereby ORDERED that said Motion be GRANTED and that the Dismissal Order entered on December 10, 2025 is hereby VACATED.

                                                    _____
                                                                         J.

Date: _____