**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: TIMOTHY & ANDREA WALTERS**<br>Debtor | **CHAPTER 13**<br><br>**BANKRUPTCY NO. 25-10949** |

**CERTIFICATE OF SERVICE**

I, Gary E. Thompson, Esquire, hereby certify that I am the attorney for the Debtor in the above-captioned matter and that I have sent copies of the Motion to Vacate Dismissal, pursuant to Local Rule 1009.1(b), by regular mail to the addresses indicated below:

U. S. Trustee's Office
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Trustee Kenneth West
POB 40119
Philadelphia, PA 19106

All Creditors on Matrix


                                              /S/  Gary E. Thompson
                                        GARY E. THOMPSON, ESQUIRE
                                        Attorney for Debtor.