## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Timothy & Andrea Walters<br><br>                        Debtors. | Bankruptcy Case No: 25-10949 |

### CERTIFICATION OF NO RESPONSE

I, GARY E. THOMPSON, ESQUIRE, attorney for Debtors, do hereby certify the following:

1. On December 16, 2025, I served via first class regular mail a true and correct copy of Debtors' Motion to Reinstate Case, Notice of Motion, Response Deadline and Hearing Date to The US Trustee Office, and to all Creditors on the Matrix.

2. I have not received a responsive pleading from any party or answers within the time period provided by the Rules of Court.

WHEREFORE, it is respectfully requested that this Honorable Court enter the proposed Order attached to the Motion.

Dated: January 17, 2026            */s/ Gary E. Thompson*
                                        **GARY E. THOMPSON, ESQUIRE**

                                        Counsel for Debtors,