UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: TIMOTHY & ANDREA WALTERS   :   CHAPTER 13
                Debtor   :
                                     BANKRUPTCY NO. 25-10949

**ORDER**

AND NOW, upon consideration of Debtor's Motion to Vacate Dismissal, it is hereby ORDERED that said Motion be GRANTED and that the Dismissal Order entered on December 10, 2025 is hereby VACATED.

_____
                                                                   J.

Date: January 20, 2026