UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                          CASE NO: 25-10949

**TIMOTHY & ANDREA WALTERS**                                    CHAPTER 13

**MOTION BY DEBTOR TO CONVERT CASE UNDER CHAPTER 13 TO CASE UNDER CHAPTER 11**

The above named Debtors requests this court to covert this case under Chapter 13 to a case under Chapter 11, and as grounds states as follows:

1. An order for relief under Chapter 13 of the Bankruptcy Code was entered on March 10, 2025.

2. This case has not previously been converted under Chapter 13 of the Bankruptcy Code.

3. Debtors are not eligible to be a debtors under Chapter 13 of the Code as their debt limits exceed those as outlined in 11 USC 109 (e) and desire to convert this case to a case under Chapter 11.

WHEREFORE, the debtor prays for this court to convert this case under Chapter 13 to a case under Chapter 11 of the Bankruptcy Code.

January 22, 2025.

/S/ Gary E. Thompson
Gary E. Thompson
Attorney for Debtor