UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

**TIMOTHY & ANDREA WALTERS**  **CHAPTER 13**
   **Debtor**                 :
                              :   **BANKRUPTCY NO. 25-10949**

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

DEBTORS have filed with the Court a Motion to Convert case from Chapter 13 to Chapter 11 of the US Bankruptcy Code.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before February 22, 2026, you or your attorney must do all of the following:

    (a)   file an answer explaining your position at

        Bankruptcy Clerk
        900 Market Street, Suite 400
        Philadelphia, PA 19107-4299
        (215) 408-2800

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)   mail a copy to the movant's attorney:

        Gary E. Thompson, Esquire
        882 S. Matlack Street, Suite 101
        West Chester, PA 19382
        (610) 431-3300

2. If you or your attorney do not take the steps described in paragraphs 1(a) and (b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion has been requested to be held before the Honorable JUDGE CHAN on March 3, 2026, at 11:00 AM. in Courtroom 4, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA.

    4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5.    You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated: January 22, 2026