UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: TIMOTHY & ANDREA WALTERS

**Debtor**

**CHAPTER 13**

**BANKRUPTCY NO. 25-10949**

**CERTIFICATE OF SERVICE**

I, Gary E. Thompson, Esquire, hereby certify that I have served COPY OF THE Debtors' Motion to Convert Case from Chapter 13 to Chapter 11 of the US Bankruptcy Code by US Mail and the court's electronic filing system on or about January 22, 2026 to the following:

United States Trustee
833 Chestnut Street
Philadelphia, PA 19106

Trustee Ken West
POB 40119
Philadelphia, PA 19106

All Creditors on Matrix

.

                                                          /S/
                                        GARY E. THOMPSON, ESQUIRE
                                        Attorney for Debtor.

1/22/26