United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10949-amc |
| Timothy Walters | Chapter 13 |
| Andrea Walters | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Jan 21, 2026 | Form ID: pdf900 | Total Noticed: 70 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy Walters, Andrea Walters, 151 Hamilton Road, Landenberg, PA 19350-9365 |
| 14986010 | + | AES, Pheaa, POB 2057, Harrisburg, PA 17105-2057 |
| 14986016 | + | Baker Tilly, POB 78975, Milwaukee, WI 53278-8975 |
| 14986023 | + | Borrowers First, 1114 Lost Creek Road, Ste 220, Austin, TX 78746-6374 |
| 14998907 | + | COMMONWEALTH OF PENNSYLVANIA, c/o Brenda S. Bishop Esq., OFFICE OF ATTORNEY GENERAL, 15th Floor, Strawberry, Harrisburg, PA 17120-0001 |
| 14986033 | | Cashion Legal, 4838 Richard Road SW, Suite 300, Calgary, AB |
| 14986034 | + | Celtic Bank, 650 Sentry Pkwy, Blue Bell, PA 19422-2318 |
| 14986038 | + | Discover Card, POB 71094, Charlotte, NC 28272-1094 |
| 14988279 | + | KeyBank , NA, C/O Denise Carlon, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14987455 | + | M & T Bank, C/O Denise Carlon, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14986055 | + | MRS BPO-TD Bank, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14993456 | + | Marina District Development Co., LLC, t/a Borgata, Josiah Knapp Law, PC, 100 S. Broad Street, Ste. 930, Phila, PA 19110-1060 |
| 14986052 | + | Marina District Development Co.LLC TA, Borgata, One Borgata Way, Atlantic City, NJ 08401-1900 |
| 14986053 | + | McCarter & English, 4 Gateway Center,, 100 Mulberry Street, Newark, NJ 07102-4056 |
| 15038464 | + | Somerset Lake Service Corporation, c/o Elliot H. Berton, Esquire, Gawthrop Greenwood, PA, 1273 Lancaster Avenue, Berwyn, PA 19312-1244 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 22 2026 00:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 22 2026 00:57:21 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 22 2026 00:49:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2026 00:57:21 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O Box 10587, Greenville, SC 29603-0587 |
| 14999442 | | Email/Text: bnc@atlasacq.com | Jan 22 2026 00:49:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14999941 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 22 2026 00:57:12 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14986011 | ^ | MEBN | Jan 22 2026 00:46:09 | American Coradius International, Pay Pal, 2420 Sweet Home Road, Ste 150, Buffalo, NY 14228-2244 |

Case 25-10949-amc   Doc 59   Filed 01/23/26   Entered 01/24/26 00:44:06   Desc Imaged
                              Certificate of Notice   Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 21, 2026 | Form ID: pdf900 | Total Noticed: 70 |

| Recipient # | | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 14986012 | + | Email/PDF: bncnotices@becket-lee.com | Jan 22 2026 00:57:21 | American Express, POB 1270, Newark, NJ 07101-1270 |
| 15002971 | | Email/PDF: bncnotices@becket-lee.com | Jan 22 2026 00:57:16 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14986017 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 22 2026 00:49:00 | Bank Of America Credit, POB 15019, Wilmington, DE 19886 |
| 14994285 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 22 2026 00:49:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14986020 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 22 2026 00:49:00 | Barclays Bank, POB 13337, Philadelphia, PA 19101-3337 |
| 14986021 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jan 22 2026 00:57:13 | Best Egg, 1523 Concord Pike, Wilmington, DE 19803-3653 |
| 14986022 | + | Email/Text: CollectionsCompliance@fiserv.com | Jan 22 2026 00:49:00 | Bet Sugarhouse, C/O TRS, 1600 Terrell Mill Road, Marietta, GA 30067-8302 |
| 14986024 | + | Email/Text: rm-bknotices@bridgecrest.com | Jan 22 2026 00:49:00 | Bridgecrest Auto, POB 842695, Los Angeles, CA 90084-2695 |
| 15000453 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 22 2026 00:57:12 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14986025 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 22 2026 00:57:12 | CAPITOL ONE, POB 71083, Charlotte, NC 28272-1083 |
| 15044907 | | Email/Text: megan.harper@phila.gov | Jan 22 2026 00:49:00 | City of Philadelphia Law Department, Tax Litigation & Collections Unit, Bankruptcy Division, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 15000818 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 22 2026 00:57:16 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14986035 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 22 2026 00:57:17 | Citibank., POB 6500, Sioux Falls, SD 57117-6500 |
| 14986036 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 22 2026 00:49:00 | Commonwealth Of PA, POB 280946, Harrisburg, PA 17128-0946 |
| 14993458 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 22 2026 00:49:00 | Department of the Treasury, Internal Revenue Service, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 15003397 | | Email/Text: mrdiscen@discover.com | Jan 22 2026 00:49:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14992792 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 22 2026 00:49:00 | ECMC, PO Box 16408, St Paul, MN 55116-0408 |
| 14987721 | | Email/PDF: bncnotices@becket-lee.com | Jan 22 2026 00:57:16 | FC Marketplace, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14986042 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 22 2026 00:57:21 | JP Morgan Chase Bank, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 15001003 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 22 2026 00:49:00 | KeyBank N.A., 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| 14988262 | ^ | MEBN | Jan 22 2026 00:46:12 | KeyBank, NA, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14986047 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 22 2026 00:49:00 | Keybank, NA, 4910 Teidman Road, Cleveland, OH 44144-2338 |
| 14986049 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2026 00:57:13 | LVNV Funding, POB 10497, Greenville, SC 29603-0497 |
| 14990261 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2026 00:57:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| Recipient ID | Flag | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 14986048 | + | Email/Text: Documentfiling@lciinc.com | Jan 22 2026 00:49:00 | Lending Club, 71 Stevenson Street, Ste 300, San Francisco, CA 94105-2985 |
| 14996258 | | Email/Text: camanagement@mtb.com | Jan 22 2026 00:49:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14986051 | | Email/Text: camanagement@mtb.com | Jan 22 2026 00:49:00 | M&T Bank, POB 1288, Buffalo, NY 14240 |
| 14987333 | ^ | MEBN | Jan 22 2026 00:46:12 | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14986054 | | Email/Text: ml-ebn@missionlane.com | Jan 22 2026 00:49:00 | Mission Lane, POB 23075, Columbus, GA 31902 |
| 15076610 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 22 2026 00:57:12 | Merrick Bank, PO Box 10368, Greenville, SC 29603-0368 |
| 14991165 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 22 2026 00:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14986056 | + | Email/Text: bkrgeneric@penfed.org | Jan 22 2026 00:49:00 | Pentagon FCU, POB 1432, Alexandria, VA 22313-1432 |
| 14986057 | + | Email/Text: CollectionsDept@PFCU.COM | Jan 22 2026 00:49:00 | Philadelphia FCU, 12800 Townsend Road, Philadelphia, PA 19154-1095 |
| 14986058 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 22 2026 00:57:21 | Portfolio Recovery-Citibank, POB 41067, Norfolk, VA 23541-1067 |
| 14988195 | | Email/Text: bnc-quantum@quantum3group.com | Jan 22 2026 00:49:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14988197 | | Email/Text: bnc-quantum@quantum3group.com | Jan 22 2026 00:49:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15007841 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2026 00:57:13 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15038551 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2026 00:57:13 | Resurgent Receivables LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14995995 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 22 2026 00:49:00 | Santander Bank, N.A.; as servicer, for Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 14986059 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 22 2026 00:49:00 | Santander Consumer, POB 660633, Dallas, TX 75266-0633 |
| 14986060 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Jan 22 2026 00:57:12 | Sofi, POB 654158, Dallas, TX 75265-4158 |
| 15004086 | | Email/Text: bncmail@w-legal.com | Jan 22 2026 00:49:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 14986062 | | Email/Text: bankruptcy@td.com | Jan 22 2026 00:49:00 | TD Bank NA, POB 746, Keene, NH 03431 |
| 14986061 | + | Email/Text: bncmail@w-legal.com | Jan 22 2026 00:49:00 | Target, POB 660170, Dallas, TX 75266-0170 |
| 14986063 | ^ | MEBN | Jan 22 2026 00:46:08 | UHG I LLC, 6400 Shewridan Drive, Ste 138, Buffalo, NY 14221-4842 |
| 14986064 | | Email/Text: bknotice@upgrade.com | Jan 22 2026 00:49:00 | Upgrade, 275 Battery Street, 23rd fl, San Francisco, CA 94111 |
| 14986065 | + | Email/Text: UpStart@ebn.phinsolutions.com | Jan 22 2026 00:49:00 | Upstart, 2345 Yale Street, Palo Alto, CA 94306-1448 |
| 14989376 | + | Email/Text: peritus@ebn.phinsolutions.com | Jan 22 2026 00:50:00 | Upstart Network, Inc, C/O Peritus Portfolio Services II, LLC, PO BOX 1149, Grapevine, TX 76099-1149 |

Case 25-10949-amc    Doc 59    Filed 01/23/26    Entered 01/24/26 00:44:06    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 21, 2026 | Form ID: pdf900 | Total Noticed: 70 |

TOTAL: 55

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | FC Marketplace, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| cr | * | Merrick Bank, PO Box 10368, Greenville, SC 29603-0368 |
| cr | *+ | Resurgent Receivables LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, P.O. Box 1149, GRAPEVINE, TX 76099-1149 |
| 14986013 | *+ | American Express, POB 1270, Newark, NJ 07101-1270 |
| 14986014 | *+ | American Express, POB 1270, Newark, NJ 07101-1270 |
| 14986015 | *+ | American Express, POB 1270, Newark, NJ 07101-1270 |
| 15002972 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15002974 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14986018 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America Credit, POB 15019, Wilmington, DE 19886 |
| 14986019 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America Credit, POB 15019, Wilmington, DE 19886 |
| 14986026 | *+ | CAPITOL ONE, POB 71083, Charlotte, NC 28272-1083 |
| 14986027 | *+ | CAPITOL ONE, POB 71083, Charlotte, NC 28272-1083 |
| 14986028 | *+ | CAPITOL ONE, POB 71083, Charlotte, NC 28272-1083 |
| 14986029 | *+ | CAPITOL ONE, POB 71083, Charlotte, NC 28272-1083 |
| 14986030 | *+ | CAPITOL ONE, POB 71083, Charlotte, NC 28272-1083 |
| 14986031 | *+ | CAPITOL ONE, POB 71083, Charlotte, NC 28272-1083 |
| 14986032 | *+ | CAPITOL ONE, POB 71083, Charlotte, NC 28272-1083 |
| 14986037 | *+ | Commonwealth Of PA, POB 280946, Harrisburg, PA 17128-0946 |
| 14986039 | *+ | Discover Card, POB 71094, Charlotte, NC 28272-1094 |
| 14989150 | * | FC Marketplace, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 14986040 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, Philadelphia, PA 19255 |
| 14986041 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, Philadelphia, PA 19255 |
| 14986043 | *+ | JP Morgan Chase Bank, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 14986044 | *+ | JP Morgan Chase Bank, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 14986045 | *+ | JP Morgan Chase Bank, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 14986046 | *+ | JP Morgan Chase Bank, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 14986050 | *+ | LVNV Funding, POB 10497, Greenville, SC 29603-0497 |
| 14986066 | *+ | Upstart, 2345 Yale Street, Palo Alto, CA 94306-1448 |
| 14986067 | *+ | Upstart, 2345 Yale Street, Palo Alto, CA 94306-1448 |
| 14986068 | *+ | Upstart, 2345 Yale Street, Palo Alto, CA 94306-1448 |
| 14986069 | *+ | Upstart, 2345 Yale Street, Palo Alto, CA 94306-1448 |

TOTAL: 1 Undeliverable, 33 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2026                    Signature:    /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Jan 21, 2026 | Form ID: pdf900 | Total Noticed: 70 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRENDA SUE BISHOP | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov |
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor KeyBank NA bkgroup@kmllawgroup.com |
| GARY E. THOMPSON | on behalf of Debtor Timothy Walters get24esq@aol.com |
| GARY E. THOMPSON | on behalf of Joint Debtor Andrea Walters get24esq@aol.com |
| JOHN ERIC KISHBAUGH, I | on behalf of Creditor M&T BANK ekishbaugh@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: TIMOTHY & ANDREA WALTERS    :    CHAPTER 13
                         Debtor       :
                                                                     BANKRUPTCY NO. 25-10949

**ORDER**

AND NOW, upon consideration of Debtor's Motion to Vacate Dismissal, it is hereby ORDERED that said Motion be GRANTED and that the Dismissal Order entered on December 10, 2025 is hereby VACATED.

_____ J.

Date: January 20, 2026