**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: TIM & ANDREA WALTERS          :          CHAPTER 13
                               Debtor          :

                                                        BANKRUPTCY NO. 25-10949

**ORDER**

AND NOW, this       12th       day of       March       ,2026, upon

consideration of Movant's Motion to Convert Case From Chapter 13 to Chapter 11 of the US

Bankruptcy Code, and any responses filed thereto, IT IS HEREBY

**ORDERED**, that the Motion is **GRANTED** and the case, upon signing and docketing of

said ORDER, shall be immediately transferred to a case under Chapter 11 of the United States

Bankruptcy Code.

_____  J.
Ashely M. Chan
Chief U.S. Bankruptcy Judge