United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 25-10949-amc

Timothy Walters                                                                    Chapter 11

Andrea Walters

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 12, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2026:**

**Recip ID**    **Recipient Name and Address**
db/jdb    +  Timothy Walters, Andrea Walters, 151 Hamilton Road, Landenberg, PA 19350-9365

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2026 at the address(es) listed below:**

**Name**    **Email Address**

BRENDA SUE BISHOP
    on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov

DENISE ELIZABETH CARLON
    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor KeyBank  NA bkgroup@kmllawgroup.com

GARY E. THOMPSON
    on behalf of Joint Debtor Andrea Walters get24esq@aol.com

GARY E. THOMPSON
    on behalf of Debtor Timothy Walters get24esq@aol.com

JOHN ERIC KISHBAUGH, I

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: Mar 12, 2026                       Form ID: pdf900                                Total Noticed: 1

        on behalf of Creditor M&T BANK ekishbaugh@kmllawgroup.com

KENNETH E. WEST

        on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST

        ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL

        on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

United States Trustee

        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: TIM & ANDREA WALTERS       :          **CHAPTER 13**
               **Debtor**      :

                                   **BANKRUPTCY NO. 25-10949**

**ORDER**

AND NOW, this    **12th**    day of    **March**    ,2026, upon

consideration of Movant's Motion to Convert Case From Chapter 13 to Chapter 11 of the US

Bankruptcy Code, and any responses filed thereto, IT IS HEREBY

    **ORDERED**, that the Motion is **GRANTED** and the case, upon signing and docketing of

said ORDER, shall be immediately transferred to a case under Chapter 11 of the United States

Bankruptcy Code.

_____    J.
Ashely M. Chan
Chief U.S. Bankruptcy Judge