**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| TIMOTHY WALTERS. | § | BANKRUPTCY NO.: 25-10949-AMC |
| | § | |
| DEBTOR | § | |
| | § | |

**NOTICE OF TELEPHONE NUMBER FOR THE CONTINUED  SECTION
341(A) MEETING OF CREDITORS**

The *continued* Section 341(a) Meeting of Creditors will be held

telephonically on **Monday, April, 20, 2026 at 2:00 p.m. (ET).**

Any party wishing to participate may call the conference line at that time at

**888-330-1716 access code 3684976.**

ANDREW R. VARA
United States trustee
for Regions 3 and 9

By:   */s/ John Schanne*
John Schanne, Trial Attorney
Office of the United States Trustee
Robert N.C. Nix Sr. Federal Bldg.
900 Market Street, Room 320
Philadelphia, PA 19107
Telephone: (215) 597-4411
E-Mail: john.schanne@usdoj.gov

DATED:  March 16, 2026