**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re: | Case No. 25-10949-AMC |
| TIMOTHY WALTERS | |
| ANDREA WALTERS | |
| Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Kenneth E. West, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/10/2025.

2) The plan was confirmed on  NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was converted on 03/12/2026.

6) Number of months from filing or conversion to last payment: 8.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $147,900.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $21,000.00 |
| Less amount refunded to debtor | $19,110.00 |

**NET RECEIPTS:**      **$1,890.00**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,890.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**      **$1,890.00**

Attorney fees paid and disclosed by debtor:      $3,500.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN CORADIUS INTERNATION | Unsecured | 17,600.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | NA | 12,444.08 | 12,444.08 | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 0.00 | 12,565.81 | 12,565.81 | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 0.00 | 10,524.62 | 10,524.62 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC ON BEHL/ | Unsecured | 0.00 | 15,507.47 | 15,507.47 | 0.00 | 0.00 |
| BAKER TILLY | Unsecured | 10,000.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | NA | 1,001.43 | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 0.00 | 25,187.41 | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 0.00 | 688.33 | 688.33 | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 0.00 | 8,000.00 | 8,000.00 | 0.00 | 0.00 |
| BET SUGARHOUSE | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| BORROWERS FIRST | Unsecured | 2,800.00 | NA | NA | 0.00 | 0.00 |
| CAPITOL ONE | Unsecured | 21,000.00 | NA | NA | 0.00 | 0.00 |
| CARVANA, LLC / BRIDGECREST C/O / | Secured | 0.00 | 22,087.71 | NA | 0.00 | 0.00 |
| CASHION LEGAL | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| CELTIC BANK | Unsecured | 81,000.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK. | Unsecured | 14,000.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | NA | 18,852.76 | 18,852.76 | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 0.00 | 7,066.76 | 7,066.76 | 0.00 | 0.00 |
| ECMC | Unsecured | 0.00 | 7,694.30 | 7,694.30 | 0.00 | 0.00 |
| FC MARKETPLACE, LLC | Unsecured | NA | 23,610.85 | 23,610.85 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 204,816.79 | 204,816.79 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | NA | 238,900.00 | 238,900.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 39,683.77 | 39,683.77 | 0.00 | 0.00 |
| KEYBANK NATIONAL ASSOCIATION | Secured | NA | 72,497.35 | 4,360.14 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 0.00 | 2,512.36 | 2,512.36 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 0.00 | 36,287.48 | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 14,469.80 | NA | 0.00 | 0.00 |
| M&T BANK | Secured | NA | 363,720.41 | 8,322.23 | 0.00 | 0.00 |
| MARINA DISTRICT DEVELOPMENT | Unsecured | NA | 67,073.47 | 67,073.47 | 0.00 | 0.00 |
| MCCARTER & ENGLISH | Unsecured | 13,000.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MERRICK BANK | Unsecured | 0.00 | 223.55 | 223.55 | 0.00 | 0.00 |
| MRS BPO-TD BANK | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| PENNSYLVANIA DEPT. OF REVENUE | Secured | 0.00 | 22,019.80 | 22,019.80 | 0.00 | 0.00 |
| PENNSYLVANIA DEPT. OF REVENUE | Unsecured | 0.00 | 462.73 | 462.73 | 0.00 | 0.00 |
| PENNSYLVANIA DEPT. OF REVENUE | Priority | 0.00 | 7,776.38 | 7,776.38 | 0.00 | 0.00 |
| PENTAGON FEDERAL CREDIT UNION | Unsecured | NA | 14,469.80 | 14,469.80 | 0.00 | 0.00 |
| PHILADELPHIA FEDERAL CREDIT UN | Unsecured | NA | 15,000.00 | 15,000.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 79,000.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 7,218.13 | 7,218.13 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 10,480.56 | 10,480.56 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 0.00 | 10,523.41 | 10,523.41 | 0.00 | 0.00 |
| RESURGENT RECEIVABLES LLC | Unsecured | 0.00 | 4,534.82 | 4,534.82 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | NA | 3,734.12 | NA | 0.00 | 0.00 |
| SOMERSET LAKE SERVICE CORPOR/ | Secured | 0.00 | 2,325.00 | 2,325.00 | 0.00 | 0.00 |
| TARGET | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| TD BANK USA N.A. | Unsecured | NA | 937.05 | 937.05 | 0.00 | 0.00 |
| UHG I LLC | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| UPGRADE | Unsecured | 2,400.00 | NA | NA | 0.00 | 0.00 |
| UPSTART | Unsecured | 10,000.00 | NA | NA | 0.00 | 0.00 |
| UPSTART NETWORK | Unsecured | NA | 4,242.94 | 4,242.94 | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $12,682.37 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $263,244.80 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$275,927.17** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $212,593.17 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$212,593.17** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$294,317.57** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $1,890.00 |
| Disbursements to Creditors | $0.00 |

**TOTAL DISBURSEMENTS** :                                    **$1,890.00**

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 03/18/2026                    By: /s/ Kenneth E. West

Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**