United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10949-amc |
| Timothy Walters | Chapter 11 |
| Andrea Walters | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Mar 16, 2026 | Form ID: 309E1 | Total Noticed: 64 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy Walters, Andrea Walters, 151 Hamilton Road, Landenberg, PA 19350-9365 |
| aty | + | JOHN HENRY SCHANNE, DOJ-Ust, Office of The United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320 Philadelphia, PA 19107-4202 |
| 14986010 | + | AES, Pheaa, POB 2057, Harrisburg, PA 17105-2057 |
| 14986016 | + | Baker Tilly, POB 78975, Milwaukee, WI 53278-8975 |
| 14986023 | + | Borrowers First, 1114 Lost Creek Road, Ste 220, Austin, TX 78746-6374 |
| 14986033 | | Cashion Legal, 4838 Richard Road SW, Suite 300, Calgary, AB |
| 14986034 | + | Celtic Bank, 650 Sentry Pkwy, Blue Bell, PA 19422-2318 |
| 14986038 | + | Discover Card, POB 71094, Charlotte, NC 28272-1094 |
| 14986055 | + | MRS BPO-TD Bank, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14993456 | + | Marina District Development Co., LLC, t/a Borgata, Josiah Knapp Law, PC, 100 S. Broad Street, Ste. 930, Phila, PA 19110-1060 |
| 14986052 | + | Marina District Development Co.LLC TA, Borgata, One Borgata Way, Atlantic City, NJ 08401-1900 |
| 15038464 | + | Somerset Lake Service Corporation, c/o Elliot H. Berton, Esquire, Gawthrop Greenwood, PA, 1273 Lancaster Avenue, Berwyn, PA 19312-1244 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: get24esq@aol.com | Mar 17 2026 02:05:00 | GARY E. THOMPSON, 150 E. Swedesford Road, 1st Floor, Wayne, PA 19087 |
| smg | | Email/Text: megan.harper@phila.gov | Mar 17 2026 02:05:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Mar 17 2026 02:05:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14999442 | | EDI: ATLASACQU | Mar 17 2026 06:06:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14999941 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 17 2026 02:18:14 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14986011 | ^ | MEBN | Mar 17 2026 02:01:46 | American Coradius International, Pay Pal, 2420 Sweet Home Road, Ste 150, Buffalo, NY 14228-2244 |
| 14986012 | + | Email/PDF: bncnotices@becket-lee.com | Mar 17 2026 02:18:22 | American Express, POB 1270, Newark, NJ 07101-1270 |
| 15002971 | | Email/PDF: bncnotices@becket-lee.com | Mar 17 2026 02:18:22 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14986017 | | EDI: BANKAMER | | |

District/off: 0313-2                    User: admin                                    Page 2 of 5

Date Rcvd: Mar 16, 2026                Form ID: 309E1                                Total Noticed: 64

| ID | Method | Date/Time | Name and Address |
|---|---|---|---|
| | | Mar 17 2026 06:06:00 | Bank Of America Credit, POB 15019, Wilmington, DE 19886 |
| 14994285 | EDI: BANKAMER | | |
| | | Mar 17 2026 06:06:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14986020 | + EDI: TSYS2 | | |
| | | Mar 17 2026 06:06:00 | Barclays Bank, POB 13337, Philadelphia, PA 19101-3337 |
| 14986021 | + Email/PDF: MarletteBKNotifications@resurgent.com | | |
| | | Mar 17 2026 02:18:15 | Best Egg, 1523 Concord Pike, Wilmington, DE 19803-3653 |
| 14986022 | + Email/Text: CollectionsCompliance@fiserv.com | | |
| | | Mar 17 2026 02:05:00 | Bet Sugarhouse, C/O TRS, 1600 Terrell Mill Road, Marietta, GA 30067-8302 |
| 14986024 | + Email/Text: rm-bknotices@bridgecrest.com | | |
| | | Mar 17 2026 02:06:00 | Bridgecrest Auto, POB 842695, Los Angeles, CA 90084-2695 |
| 14986025 | + EDI: CAPITALONE.COM | | |
| | | Mar 17 2026 06:06:00 | CAPITOL ONE, POB 71083, Charlotte, NC 28272-1083 |
| 15044907 | Email/Text: megan.harper@phila.gov | | |
| | | Mar 17 2026 02:05:00 | City of Philadelphia Law Department, Tax Litigation & Collections Unit, Bankruptcy Division, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 15000818 | + EDI: AISACG.COM | | |
| | | Mar 17 2026 06:06:00 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14986035 | + EDI: CITICORP | | |
| | | Mar 17 2026 06:06:00 | Citibank., POB 6500, Sioux Falls, SD 57117-6500 |
| 14986036 | + EDI: PENNDEPTREV | | |
| | | Mar 17 2026 06:06:00 | Commonwealth Of PA, POB 280946, Harrisburg, PA 17128-0946 |
| 14993458 | EDI: IRS.COM | | |
| | | Mar 17 2026 06:06:00 | Department of the Treasury, Internal Revenue Service, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 15003397 | EDI: DISCOVER | | |
| | | Mar 17 2026 06:06:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14992792 | Email/Text: ECMCBKNotices@ecmc.org | | |
| | | Mar 17 2026 02:05:00 | ECMC, PO Box 16408, St Paul, MN 55116-0408 |
| 14987721 | Email/PDF: bncnotices@becket-lee.com | | |
| | | Mar 17 2026 02:18:22 | FC Marketplace, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14986042 | + EDI: JPMORGANCHASE | | |
| | | Mar 17 2026 06:06:00 | JP Morgan Chase Bank, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 15001003 | + Email/Text: key_bankruptcy_ebnc@keybank.com | | |
| | | Mar 17 2026 02:05:00 | KeyBank N.A., 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| 14986047 | + Email/Text: key_bankruptcy_ebnc@keybank.com | | |
| | | Mar 17 2026 02:05:00 | Keybank, NA, 4910 Teidman Road, Cleveland, OH 44144-2338 |
| 14986049 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Mar 17 2026 02:18:15 | LVNV Funding, POB 10497, Greenville, SC 29603-0497 |
| 14990261 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Mar 17 2026 02:18:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14986048 | + EDI: LENDNGCLUB | | |
| | | Mar 17 2026 06:06:00 | Lending Club, 71 Stevenson Street, Ste 300, San Francisco, CA 94105-2985 |
| 14996258 | Email/Text: camanagement@mtb.com | | |
| | | Mar 17 2026 02:05:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14986051 | Email/Text: camanagement@mtb.com | | |
| | | Mar 17 2026 02:05:00 | M&T Bank, POB 1288, Buffalo, NY 14240 |
| 14986054 | Email/Text: ml-ebn@missionlane.com | | |
| | | Mar 17 2026 02:05:00 | Mission Lane, POB 23075, Columbus, GA 31902 |
| 14986053 | + Email/Text: Bankruptcy@mccarter.com | | |
| | | Mar 17 2026 02:05:00 | McCarter & English, 4 Gateway Center,, 100 Mulberry Street, Newark, NJ 07102-4056 |
| 15076610 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

District/off: 0313-2                     User: admin                                         Page 3 of 5

Date Rcvd: Mar 16, 2026                  Form ID: 309E1                                      Total Noticed: 64

| | | | |
|---|---|---|---|
| | | Mar 17 2026 02:18:18 | Merrick Bank, PO Box 10368, Greenville, SC 29603-0368 |
| 14991165 | EDI: PENNDEPTREV | Mar 17 2026 06:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14986056 | + Email/Text: bkrgeneric@penfed.org | Mar 17 2026 02:05:00 | Pentagon FCU, POB 1432, Alexandria, VA 22313-1432 |
| 14986057 | + Email/Text: CollectionsDept@PFCU.COM | Mar 17 2026 02:05:00 | Philadelphia FCU, 12800 Townsend Road, Philadelphia, PA 19154-1095 |
| 14986058 | + EDI: PRA.COM | Mar 17 2026 06:06:00 | Portfolio Recovery-Citibank, POB 41067, Norfolk, VA 23541-1067 |
| 14988195 | EDI: Q3G.COM | Mar 17 2026 06:06:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14988197 | EDI: Q3G.COM | Mar 17 2026 06:06:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15007841 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 17 2026 02:18:19 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15038551 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 17 2026 02:18:14 | Resurgent Receivables LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14995995 | + Email/Text: enotifications@santanderconsumerusa.com | Mar 17 2026 02:05:00 | Santander Bank, N.A.; as servicer, for Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 14986059 | + Email/Text: enotifications@santanderconsumerusa.com | Mar 17 2026 02:05:00 | Santander Consumer, POB 660633, Dallas, TX 75266-0633 |
| 14986060 | + Email/PDF: SoFiBKNotifications@resurgent.com | Mar 17 2026 02:18:15 | Sofi, POB 654158, Dallas, TX 75265-4158 |
| 15004086 | Email/Text: bncmail@w-legal.com | Mar 17 2026 02:05:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 14986062 | EDI: TDBANKNORTH.COM | Mar 17 2026 06:06:00 | TD Bank NA, POB 746, Keene, NH 03431 |
| 14986061 | + EDI: WTRRNBANK.COM | Mar 17 2026 06:06:00 | Target, POB 660170, Dallas, TX 75266-0170 |
| 14986063 | ^ MEBN | Mar 17 2026 02:01:45 | UHG I LLC, 6400 Shewridan Drive, Ste 138, Buffalo, NY 14221-4842 |
| 14986064 | Email/Text: bknotice@upgrade.com | Mar 17 2026 02:05:00 | Upgrade, 275 Battery Street, 23rd fl, San Francisco, CA 94111 |
| 14986065 | + Email/Text: UpStart@ebn.phinsolutions.com | Mar 17 2026 02:05:00 | Upstart, 2345 Yale Street, Palo Alto, CA 94306-1448 |
| 14989376 | + Email/Text: peritus@ebn.phinsolutions.com | Mar 17 2026 02:06:00 | Upstart Network, Inc, C/O Peritus Portfolio Services II, LLC, PO BOX 1149, Grapevine, TX 76099-1149 |

TOTAL: 52

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14986013 | *+ | American Express, POB 1270, Newark, NJ 07101-1270 |
| 14986014 | *+ | American Express, POB 1270, Newark, NJ 07101-1270 |
| 14986015 | *+ | American Express, POB 1270, Newark, NJ 07101-1270 |

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Mar 16, 2026 | Form ID: 309E1 | Total Noticed: 64 |

| | | |
|---|---|---|
| 15002972 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15002974 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14986018 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America Credit, POB 15019, Wilmington, DE 19886 |
| 14986019 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America Credit, POB 15019, Wilmington, DE 19886 |
| 14986026 | *+ | CAPITOL ONE, POB 71083, Charlotte, NC 28272-1083 |
| 14986027 | *+ | CAPITOL ONE, POB 71083, Charlotte, NC 28272-1083 |
| 14986028 | *+ | CAPITOL ONE, POB 71083, Charlotte, NC 28272-1083 |
| 14986029 | *+ | CAPITOL ONE, POB 71083, Charlotte, NC 28272-1083 |
| 14986030 | *+ | CAPITOL ONE, POB 71083, Charlotte, NC 28272-1083 |
| 14986031 | *+ | CAPITOL ONE, POB 71083, Charlotte, NC 28272-1083 |
| 14986032 | *+ | CAPITOL ONE, POB 71083, Charlotte, NC 28272-1083 |
| 14986037 | *+ | Commonwealth Of PA, POB 280946, Harrisburg, PA 17128-0946 |
| 14986039 | *+ | Discover Card, POB 71094, Charlotte, NC 28272-1094 |
| 14989150 | * | FC Marketplace, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 14986040 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, Philadelphia, PA 19255 |
| 14986041 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, Philadelphia, PA 19255 |
| 14986043 | *+ | JP Morgan Chase Bank, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 14986044 | *+ | JP Morgan Chase Bank, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 14986045 | *+ | JP Morgan Chase Bank, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 14986046 | *+ | JP Morgan Chase Bank, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 14986050 | *+ | LVNV Funding, POB 10497, Greenville, SC 29603-0497 |
| 14986066 | *+ | Upstart, 2345 Yale Street, Palo Alto, CA 94306-1448 |
| 14986067 | *+ | Upstart, 2345 Yale Street, Palo Alto, CA 94306-1448 |
| 14986068 | *+ | Upstart, 2345 Yale Street, Palo Alto, CA 94306-1448 |
| 14986069 | *+ | Upstart, 2345 Yale Street, Palo Alto, CA 94306-1448 |

TOTAL: 0 Undeliverable, 29 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRENDA SUE BISHOP | |
| | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov |
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor KeyBank  NA bkgroup@kmllawgroup.com |
| GARY E. THOMPSON | |
| | on behalf of Debtor Timothy Walters get24esq@aol.com |
| GARY E. THOMPSON | |

District/off: 0313-2                                          User: admin                                          Page 5 of 5

Date Rcvd: Mar 16, 2026                                  Form ID: 309E1                                  Total Noticed: 64

<div style="margin-left:2em">

on behalf of Joint Debtor Andrea Walters get24esq@aol.com

</div>

JOHN ERIC KISHBAUGH, I

<div style="margin-left:2em">

on behalf of Creditor M&T BANK ekishbaugh@kmllawgroup.com

</div>

JOHN HENRY SCHANNE

<div style="margin-left:2em">

on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

</div>

KENNETH E. WEST

<div style="margin-left:2em">

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

</div>

MATTHEW K. FISSEL

<div style="margin-left:2em">

on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

</div>

United States Trustee

<div style="margin-left:2em">

USTPRegion03.PH.ECF@usdoj.gov

</div>


TOTAL: 10

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Timothy Walters<br>First Name    Middle Name    Last Name | Social Security number or ITIN: xxx–xx–3937<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Andrea Walters<br>First Name    Middle Name    Last Name | Social Security number or ITIN: xxx–xx–9802<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: Eastern District of Pennsylvania | | Date case filed in chapter: 13    3/10/25 |
| Case number: 25–10949–amc | | Date case converted to chapter: 11    3/12/26 |

Official Form 309E1 (For Individuals or Joint Debtors)

## Notice of Chapter 11 Bankruptcy Case

12/22

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Timothy Walters | Andrea Walters |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 151 Hamilton Road<br>Landenberg, PA 19350 | 151 Hamilton Road<br>Landenberg, PA 19350 |
| 4. | **Debtor's attorney**<br>Name and address | GARY E. THOMPSON<br>150 E. Swedesford Road<br>1st Floor<br>Wayne, PA 19087 | Contact phone 610–701–6361<br><br>Email get24esq@aol.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M;<br>Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 3/16/26 |

**For more information, see page 2 >**

Debtor  **Timothy Walters**  and  **Andrea Walters**                     Case number **25–10949–amc**

| | | |
|---|---|---|
| **6.** **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 20, 2026 at 02:00 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **The Mtg of Creditors will be conducted, via telephonic conference.All interested, parties shall contact the Trustee, for connection details** |
| **7.** **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint objecting to discharge or to challenge whether certain debts are dischargeable (see line 10 for more information):** • if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3), the deadline is the first date set for hearing on confirmation of the plan. The court or its designee will send you notice of that date later. • if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6), **the deadline is: .** | |
| | **Deadline for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed*, *contingent*, or *unliquidated*; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | **Not yet set.** If a deadline is set, the court will send you another notice. |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **8.** **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **9.** **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| **10.** **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. | |
| **11.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. | |