**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | § § § § | CHAPTER 11 |
| TIMOTHY AND ANDREA WALTERS, | § § | CASE NO. 25-10949-AMC |
| DEBTORS. | § § § | |

**CERTIFICATION OF SERVICE**

I, Hannah Deininger, certify that on April 15, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- •Motion of the United States Trustee to Dismiss Debtors' Case for Failure to (I) Maintain Insurance and (II) Attend the Initial Debtor Interview and attachments thereto

- • Notice of Motion

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: <u>April 15, 2026</u>

By: /s/ *Hannah Deininger*
Paralegal Specialist
Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Phone: 202.280.8512
Hannah.Deininger@usdoj.gov

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

GARY E. THOMPSON
150 E. Swedesford Road
1st Floor
Wayne, PA 19087
Email: get24esq@aol.com
**Debtor**
**Via:** __ **1st Class Mail** ___ **Certified Mail** <u>X</u> **e-mail** __ **Other:**

**Electronically served on all CM/ECF participants registered in these cases through the Court's CM/ECF system at their respective email addresses registered with the Court.**

**END OF DOCUMENT**