United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 25-10949-amc |
|---|---|
| Timothy Walters | Chapter 11 |
| Andrea Walters | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Apr 16, 2026 | Form ID: pdf900 | Total Noticed: 70 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy Walters, Andrea Walters, 151 Hamilton Road, Landenberg, PA 19350-9365 |
| 14986010 | + | AES, Pheaa, POB 2057, Harrisburg, PA 17105-2057 |
| 14986016 | + | Baker Tilly, POB 78975, Milwaukee, WI 53278-8975 |
| 14986023 | + | Borrowers First, 1114 Lost Creek Road, Ste 220, Austin, TX 78746-6374 |
| 14998907 | + | COMMONWEALTH OF PENNSYLVANIA, c/o Brenda S. Bishop Esq., OFFICE OF ATTORNEY GENERAL, 15th Floor, Strawberry, Harrisburg, PA 17120-0001 |
| 14986033 | | Cashion Legal, 4838 Richard Road SW, Suite 300, Calgary, AB |
| 14986034 | + | Celtic Bank, 650 Sentry Pkwy, Blue Bell, PA 19422-2318 |
| 14986038 | + | Discover Card, POB 71094, Charlotte, NC 28272-1094 |
| 14988279 | + | KeyBank , NA, C/O Denise Carlon, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14987455 | + | M & T Bank, C/O Denise Carlon, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14986055 | + | MRS BPO-TD Bank, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14993456 | + | Marina District Development Co., LLC, t/a Borgata, Josiah Knapp Law, PC, 100 S. Broad Street, Ste. 930, Phila, PA 19110-1060 |
| 14986052 | + | Marina District Development Co.LLC TA, Borgata, One Borgata Way, Atlantic City, NJ 08401-1900 |
| 15038464 | + | Somerset Lake Service Corporation, c/o Elliot H. Berton, Esquire, Gawthrop Greenwood, PA, 1273 Lancaster Avenue, Berwyn, PA 19312-1244 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 17 2026 00:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 17 2026 00:35:25 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2026 00:30:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2026 00:35:23 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O Box 10587, Greenville, SC 29603-0587 |
| 14999442 | | Email/Text: bnc@atlasacq.com | Apr 17 2026 00:29:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14999941 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 17 2026 00:35:13 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14986011 | ^ | MEBN | Apr 17 2026 00:27:35 | American Coradius International, Pay Pal, 2420 Sweet Home Road, Ste 150, Buffalo, NY 14228-2244 |
| 14986012 | + | Email/PDF: bncnotices@becket-lee.com | | |

District/off: 0313-2                                  User: admin                                                Page 2 of 5
Date Rcvd: Apr 16, 2026                           Form ID: pdf900                                        Total Noticed: 70

| | | Apr 17 2026 00:35:22 | American Express, POB 1270, Newark, NJ 07101-1270 |
|---|---|---|---|
| 15002971 | Email/PDF: bncnotices@becket-lee.com | | |
| | | Apr 17 2026 00:35:12 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14986017 | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | | |
| | | Apr 17 2026 00:29:00 | Bank Of America Credit, POB 15019, Wilmington, DE 19886 |
| 14994285 | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | | |
| | | Apr 17 2026 00:29:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14986020 | + Email/Text: BarclaysBankDelaware@tsico.com | | |
| | | Apr 17 2026 00:30:00 | Barclays Bank, POB 13337, Philadelphia, PA 19101-3337 |
| 14986021 | + Email/PDF: MarletteBKNotifications@resurgent.com | | |
| | | Apr 17 2026 00:35:02 | Best Egg, 1523 Concord Pike, Wilmington, DE 19803-3653 |
| 14986022 | + Email/Text: CollectionsCompliance@fiserv.com | | |
| | | Apr 17 2026 00:30:00 | Bet Sugarhouse, C/O TRS, 1600 Terrell Mill Road, Marietta, GA 30067-8302 |
| 14986024 | + Email/Text: rm-bknotices@bridgecrest.com | | |
| | | Apr 17 2026 00:31:00 | Bridgecrest Auto, POB 842695, Los Angeles, CA 90084-2695 |
| 15000453 | + Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | Apr 17 2026 00:35:04 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14986025 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Apr 17 2026 00:35:25 | CAPITOL ONE, POB 71083, Charlotte, NC 28272-1083 |
| 15044907 | Email/Text: megan.harper@phila.gov | | |
| | | Apr 17 2026 00:31:00 | City of Philadelphia Law Department, Tax Litigation & Collections Unit, Bankruptcy Division, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 15000818 | + Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | Apr 17 2026 00:35:26 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14986035 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Apr 17 2026 00:35:16 | Citibank., POB 6500, Sioux Falls, SD 57117-6500 |
| 14986036 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | Apr 17 2026 00:30:00 | Commonwealth Of PA, POB 280946, Harrisburg, PA 17128-0946 |
| 14993458 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Apr 17 2026 00:30:00 | Department of the Treasury, Internal Revenue Service, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 15003397 | Email/Text: mrdiscen@discover.com | | |
| | | Apr 17 2026 00:29:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14992792 | Email/Text: ECMCBKNotices@ecmc.org | | |
| | | Apr 17 2026 00:30:00 | ECMC, PO Box 16408, St Paul, MN 55116-0408 |
| 14987721 | Email/PDF: bncnotices@becket-lee.com | | |
| | | Apr 17 2026 00:35:22 | FC Marketplace, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14986042 | + Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Apr 17 2026 00:35:27 | JP Morgan Chase Bank, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 15001003 | + Email/Text: key_bankruptcy_ebnc@keybank.com | | |
| | | Apr 17 2026 00:30:00 | KeyBank N.A., 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| 14988262 | ^ MEBN | | |
| | | Apr 17 2026 00:27:41 | KeyBank, NA, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14986047 | + Email/Text: key_bankruptcy_ebnc@keybank.com | | |
| | | Apr 17 2026 00:30:00 | Keybank, NA, 4910 Teidman Road, Cleveland, OH 44144-2338 |
| 14986049 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Apr 17 2026 00:35:14 | LVNV Funding, POB 10497, Greenville, SC 29603-0497 |
| 14990261 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Apr 17 2026 00:35:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14986048 | + Email/Text: Documentfiling@lciinc.com | | |

| | | Apr 17 2026 00:29:00 | Lending Club, 71 Stevenson Street, Ste 300, San Francisco, CA 94105-2985 |
|---|---|---|---|
| 14996258 | Email/Text: camanagement@mtb.com | Apr 17 2026 00:30:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14986051 | Email/Text: camanagement@mtb.com | Apr 17 2026 00:30:00 | M&T Bank, POB 1288, Buffalo, NY 14240 |
| 14987333 | ^ MEBN | Apr 17 2026 00:27:41 | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14986054 | Email/Text: ml-ebn@missionlane.com | Apr 17 2026 00:29:00 | Mission Lane, POB 23075, Columbus, GA 31902 |
| 14986053 | + Email/Text: Bankruptcy@mccarter.com | Apr 17 2026 00:30:00 | McCarter & English, 4 Gateway Center,, 100 Mulberry Street, Newark, NJ 07102-4056 |
| 15076610 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 17 2026 00:35:00 | Merrick Bank, PO Box 10368, Greenville, SC 29603-0368 |
| 14991165 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2026 00:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14986056 | + Email/Text: bkrgeneric@penfed.org | Apr 17 2026 00:29:00 | Pentagon FCU, POB 1432, Alexandria, VA 22313-1432 |
| 14986057 | + Email/Text: CollectionsDept@PFCU.COM | Apr 17 2026 00:30:00 | Philadelphia FCU, 12800 Townsend Road, Philadelphia, PA 19154-1095 |
| 14986058 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 17 2026 00:35:13 | Portfolio Recovery-Citibank, POB 41067, Norfolk, VA 23541-1067 |
| 14988195 | Email/Text: bnc-quantum@quantum3group.com | Apr 17 2026 00:30:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14988197 | Email/Text: bnc-quantum@quantum3group.com | Apr 17 2026 00:30:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15007841 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2026 00:35:03 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15038551 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2026 00:35:04 | Resurgent Receivables LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14995995 | + Email/Text: enotifications@santanderconsumerusa.com | Apr 17 2026 00:30:00 | Santander Bank, N.A.; as servicer, for Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 14986059 | + Email/Text: enotifications@santanderconsumerusa.com | Apr 17 2026 00:30:00 | Santander Consumer, POB 660633, Dallas, TX 75266-0633 |
| 14986060 | + Email/PDF: SoFiBKNotifications@resurgent.com | Apr 17 2026 00:35:13 | Sofi, POB 654158, Dallas, TX 75265-4158 |
| 15004086 | Email/Text: bncmail@w-legal.com | Apr 17 2026 00:30:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 14986062 | Email/Text: bankruptcy@td.com | Apr 17 2026 00:30:00 | TD Bank NA, POB 746, Keene, NH 03431 |
| 14986061 | + Email/Text: bncmail@w-legal.com | Apr 17 2026 00:30:00 | Target, POB 660170, Dallas, TX 75266-0170 |
| 14986063 | ^ MEBN | Apr 17 2026 00:27:33 | UHG I LLC, 6400 Shewridan Drive, Ste 138, Buffalo, NY 14221-4842 |
| 14986064 | Email/Text: bknotice@upgrade.com | Apr 17 2026 00:29:00 | Upgrade, 275 Battery Street, 23rd fl, San Francisco, CA 94111 |
| 14986065 | + Email/Text: UpStart@ebn.phinsolutions.com | Apr 17 2026 00:30:00 | Upstart, 2345 Yale Street, Palo Alto, CA 94306-1448 |
| 14989376 | + Email/Text: peritus@ebn.phinsolutions.com | Apr 17 2026 00:31:00 | Upstart Network, Inc, C/O Peritus Portfolio |

District/off: 0313-2                          User: admin                                    Page 4 of 5
Date Rcvd: Apr 16, 2026                       Form ID: pdf900                                 Total Noticed: 70

Services II, LLC, PO BOX 1149, Grapevine, TX
76099-1149

TOTAL: 56

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | FC Marketplace, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| cr | * | Merrick Bank, PO Box 10368, Greenville, SC 29603-0368 |
| cr | *+ | Resurgent Receivables LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, P.O. Box 1149, GRAPEVINE, TX 76099-1149 |
| 14986013 | *+ | American Express, POB 1270, Newark, NJ 07101-1270 |
| 14986014 | *+ | American Express, POB 1270, Newark, NJ 07101-1270 |
| 14986015 | *+ | American Express, POB 1270, Newark, NJ 07101-1270 |
| 15002972 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15002974 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14986018 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America Credit, POB 15019, Wilmington, DE 19886 |
| 14986019 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America Credit, POB 15019, Wilmington, DE 19886 |
| 14986026 | *+ | CAPITOL ONE, POB 71083, Charlotte, NC 28272-1083 |
| 14986027 | *+ | CAPITOL ONE, POB 71083, Charlotte, NC 28272-1083 |
| 14986028 | *+ | CAPITOL ONE, POB 71083, Charlotte, NC 28272-1083 |
| 14986029 | *+ | CAPITOL ONE, POB 71083, Charlotte, NC 28272-1083 |
| 14986030 | *+ | CAPITOL ONE, POB 71083, Charlotte, NC 28272-1083 |
| 14986031 | *+ | CAPITOL ONE, POB 71083, Charlotte, NC 28272-1083 |
| 14986032 | *+ | CAPITOL ONE, POB 71083, Charlotte, NC 28272-1083 |
| 14986037 | *+ | Commonwealth Of PA, POB 280946, Harrisburg, PA 17128-0946 |
| 14986039 | *+ | Discover Card, POB 71094, Charlotte, NC 28272-1094 |
| 14989150 | * | FC Marketplace, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 14986040 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, Philadelphia, PA 19255 |
| 14986041 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, Philadelphia, PA 19255 |
| 14986043 | *+ | JP Morgan Chase Bank, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 14986044 | *+ | JP Morgan Chase Bank, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 14986045 | *+ | JP Morgan Chase Bank, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 14986046 | *+ | JP Morgan Chase Bank, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 14986050 | *+ | LVNV Funding, POB 10497, Greenville, SC 29603-0497 |
| 14986066 | *+ | Upstart, 2345 Yale Street, Palo Alto, CA 94306-1448 |
| 14986067 | *+ | Upstart, 2345 Yale Street, Palo Alto, CA 94306-1448 |
| 14986068 | *+ | Upstart, 2345 Yale Street, Palo Alto, CA 94306-1448 |
| 14986069 | *+ | Upstart, 2345 Yale Street, Palo Alto, CA 94306-1448 |

TOTAL: 1 Undeliverable, 33 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2026                    Signature:          /s/Gustava Winters

District/off: 0313-2      User: admin      Page 5 of 5

Date Rcvd: Apr 16, 2026      Form ID: pdf900      Total Noticed: 70

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2026 at the address(es) listed below:**

**Name**      **Email Address**

BRENDA SUE BISHOP

on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov

GARY E. THOMPSON

on behalf of Debtor Timothy Walters get24esq@aol.com

GARY E. THOMPSON

on behalf of Joint Debtor Andrea Walters get24esq@aol.com

JOHN ERIC KISHBAUGH, I

on behalf of Creditor M&T BANK ekishbaugh@kmllawgroup.com

JOHN HENRY SCHANNE

on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

KENNETH E. WEST

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL

on behalf of Creditor KeyBank  NA bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MATTHEW K. FISSEL

on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| IN RE: | § § § § | CHAPTER 11 |
| TIMOTHY AND ANDREA WALTERS, | § | CASE NO. 25-10949AMC |
| DEBTORS. | § § § § | |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND IN-PERSON HEARING DATE**

*Motion of the United States Trustee to Dismiss Debtors' Case for Failure to (I)
Maintain Insurance and (II) Attend the Initial Debtor Interview*

**Your rights may be affected. You should read these papers carefully and discuss them
with your attorney, if you have one in this bankruptcy case. (If you do not have an
attorney, you may wish to consult an attorney).**

1. **If you do not want the court to grant the relief sought in the Motion** or if you want the
   court to consider your views on the Motion, then on or before **May 20, 2026** you or your
   attorney must file a response to the Motion. *(see Instructions on next page).*

2. A hearing on the Motion is scheduled to be held on **May 27, 2026 at 12:30 p.m. at the
   United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Building 900 Market
   Street, Courtroom #4 Philadelphia, PA 19107**. Unless the court orders otherwise, the
   hearing on this contested matter will be an evidentiary hearing. Requests for participation
   other than in person must be made pursuant to Local Bankruptcy Rule 9076-1.

3. **If you do not file a response to the Motion,** the court may cancel the hearing and enter
   an order granting the relief requested in the Motion.

4. You may contact the Bankruptcy Clerk's Office for Philadelphia cases at (215) 408-2800
   and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled
   because no one filed a response.

5. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you
   request a copy from the attorney whose name and address is listed on the next page of this
   Notice.

**<u>Filing Instructions</u>**

1. If you are required to file documents electronically by Local Bankruptcy Rule 5005-2, you must file your response electronically.

2. If you are not required to file electronically, you must file your response at

   **United States Bankruptcy Court**
   **Eastern District of Pennsylvania**
   **Robert N.C. Nix Sr. Federal Building**
   **900 Market Street, Suite 400**
   **Philadelphia, PA 19107**
   **Telephone: (215)408-2840**

3. If you mail your response to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

4. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

   By: /s/ *John Schanne*
   John Schanne, Trial Attorney
   Office of The United States Trustee
   Robert NC Nix, Sr. Federal Building
   900 Market Street, Suite 320
   Philadelphia, PA 19107
   Phone: 202.934.4154
   John.Schanne@usdoj.gov

Date: <u>April 15, 2026</u>