**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | § | Chapter 11 |
|  | § |  |
| Timothy and Andrea Walters, | § | Case No.  25-10949-AMC |
|  | § |  |
| Debtors. | § |  |

## <u>ORDER DISMISSING CASE</u>

Upon the *Motion of the United States Trustee to Dismiss Debtors' Case for Failure to (I) Maintain Insurance and (II) Attend the Initial Debtor Interview* (the "<u>Motion</u>"), and the Court having considered the Motion and all related filings, and this Court possessing jurisdiction over this matter and venue being proper, and notice of the Motion having been sufficient and no further notice is required, and upon the record herein, and after due deliberation thereon, and good and sufficient cause appearing therefore; it is hereby:

ORDERED, ADJUDGED AND DECREED THAT:

1.     The Motion is GRANTED.

2.     The Debtors' bankruptcy case is hereby DISMISSED.

Dated:  May 28, 2026

The Honorable Ashely M. Chan
United States Chief Bankruptcy Judge

1