United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Timothy Walters

Andrea Walters

Debtors

Case No. 25-10949-amc

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: May 28, 2026 | Form ID: pdf900 | Total Noticed: 70 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy Walters, Andrea Walters, 151 Hamilton Road, Landenberg, PA 19350-9365 |
| 14986010 | + | AES, Pheaa, POB 2057, Harrisburg, PA 17105-2057 |
| 14986016 | + | Baker Tilly, POB 78975, Milwaukee, WI 53278-8975 |
| 14986023 | + | Borrowers First, 1114 Lost Creek Road, Ste 220, Austin, TX 78746-6374 |
| 14998907 | + | COMMONWEALTH OF PENNSYLVANIA, c/o Brenda S. Bishop Esq., OFFICE OF ATTORNEY GENERAL, 15th Floor, Strawberry, Harrisburg, PA 17120-0001 |
| 14986033 | | Cashion Legal, 4838 Richard Road SW, Suite 300, Calgary, AB |
| 14986034 | + | Celtic Bank, 650 Sentry Pkwy, Blue Bell, PA 19422-2318 |
| 14986038 | + | Discover Card, POB 71094, Charlotte, NC 28272-1094 |
| 14988279 | + | KeyBank , NA, C/O Denise Carlon, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14987455 | + | M & T Bank, C/O Denise Carlon, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14986055 | + | MRS BPO-TD Bank, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14993456 | + | Marina District Development Co., LLC, t/a Borgata, Josiah Knapp Law, PC, 100 S. Broad Street, Ste. 930, Phila, PA 19110-1060 |
| 14986052 | + | Marina District Development Co.LLC TA, Borgata, One Borgata Way, Atlantic City, NJ 08401-1900 |
| 15038464 | #+ | Somerset Lake Service Corporation, c/o Elliot H. Berton, Esquire, Gawthrop Greenwood, PA, 1273 Lancaster Avenue, Berwyn, PA 19312-1244 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 29 2026 01:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 29 2026 01:18:12 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 29 2026 01:14:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | May 29 2026 01:17:49 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O Box 10587, Greenville, SC 29603-0587 |
| 14999442 | | Email/Text: bnc@atlasacq.com | May 29 2026 01:14:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14999941 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 29 2026 01:17:58 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14986011 | ^ | MEBN | May 29 2026 01:12:47 | American Coradius International, Pay Pal, 2420 |

District/off: 0313-2                     User: admin                                    Page 2 of 5
Date Rcvd: May 28, 2026               Form ID: pdf900                           Total Noticed: 70

| | | | | |
|---|---|---|---|---|
| | | | | Sweet Home Road, Ste 150, Buffalo, NY 14228-2244 |
| 14986012 | + | Email/PDF: bncnotices@becket-lee.com | May 29 2026 01:18:12 | American Express, POB 1270, Newark, NJ 07101-1270 |
| 15002971 | | Email/PDF: bncnotices@becket-lee.com | May 29 2026 01:17:58 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14986017 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | May 29 2026 01:14:00 | Bank Of America Credit, POB 15019, Wilmington, DE 19886 |
| 14994285 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | May 29 2026 01:14:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14986020 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 29 2026 01:14:00 | Barclays Bank, POB 13337, Philadelphia, PA 19101-3337 |
| 14986021 | + | Email/PDF: MarletteBKNotifications@resurgent.com | May 29 2026 01:17:41 | Best Egg, 1523 Concord Pike, Wilmington, DE 19803-3653 |
| 14986022 | + | Email/Text: CollectionsCompliance@fiserv.com | May 29 2026 01:14:00 | Bet Sugarhouse, C/O TRS, 1600 Terrell Mill Road, Marietta, GA 30067-8302 |
| 14986024 | + | Email/Text: rm-bknotices@bridgecrest.com | May 29 2026 01:15:00 | Bridgecrest Auto, POB 842695, Los Angeles, CA 90084-2695 |
| 15000453 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 29 2026 01:17:42 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14986025 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 29 2026 01:17:42 | CAPITOL ONE, POB 71083, Charlotte, NC 28272-1083 |
| 15044907 | | Email/Text: megan.harper@phila.gov | May 29 2026 01:15:00 | City of Philadelphia Law Department, Tax Litigation & Collections Unit, Bankruptcy Division, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 15000818 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 29 2026 01:17:42 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14986035 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2026 01:28:31 | Citibank., POB 6500, Sioux Falls, SD 57117-6500 |
| 14986036 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 29 2026 01:14:00 | Commonwealth Of PA, POB 280946, Harrisburg, PA 17128-0946 |
| 14993458 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 29 2026 01:14:00 | Department of the Treasury, Internal Revenue Service, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 15003397 | | Email/Text: mrdiscen@discover.com | May 29 2026 01:14:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14992792 | | Email/Text: ECMCBKNotices@ecmc.org | May 29 2026 01:14:00 | ECMC, PO Box 16408, St Paul, MN 55116-0408 |
| 14987721 | | Email/PDF: bncnotices@becket-lee.com | May 29 2026 01:17:46 | FC Marketplace, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14986042 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 29 2026 01:17:58 | JP Morgan Chase Bank, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 15001003 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | May 29 2026 01:14:00 | KeyBank N.A., 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| 14988262 | ^ | MEBN | May 29 2026 01:12:53 | KeyBank, NA, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14986047 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | May 29 2026 01:14:00 | Keybank, NA, 4910 Teidman Road, Cleveland, OH 44144-2338 |
| 14986049 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 29 2026 01:18:14 | LVNV Funding, POB 10497, Greenville, SC 29603-0497 |
| 14990261 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

District/off: 0313-2                      User: admin                                    Page 3 of 5

Date Rcvd: May 28, 2026                   Form ID: pdf900                                Total Noticed: 70

|  |  | | |
|---|---|---|---|
| | | May 29 2026 01:17:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14986048 | + Email/Text: Documentfiling@lciinc.com | | |
| | | May 29 2026 01:14:00 | Lending Club, 71 Stevenson Street, Ste 300, San Francisco, CA 94105-2985 |
| 14996258 | Email/Text: camanagement@mtb.com | | |
| | | May 29 2026 01:14:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14986051 | Email/Text: camanagement@mtb.com | | |
| | | May 29 2026 01:14:00 | M&T Bank, POB 1288, Buffalo, NY 14240 |
| 14987333 | ^ MEBN | | |
| | | May 29 2026 01:12:54 | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14986054 | Email/Text: ml-ebn@missionlane.com | | |
| | | May 29 2026 01:14:00 | Mission Lane, POB 23075, Columbus, GA 31902 |
| 14986053 | + Email/Text: Bankruptcy@mccarter.com | | |
| | | May 29 2026 01:14:00 | McCarter & English, 4 Gateway Center,, 100 Mulberry Street, Newark, NJ 07102-4056 |
| 15076610 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | May 29 2026 01:17:42 | Merrick Bank, PO Box 10368, Greenville, SC 29603-0368 |
| 14991165 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | May 29 2026 01:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14986056 | + Email/Text: bkrgeneric@penfed.org | | |
| | | May 29 2026 01:14:00 | Pentagon FCU, POB 1432, Alexandria, VA 22313-1432 |
| 14986057 | + Email/Text: CollectionsDept@PFCU.COM | | |
| | | May 29 2026 01:14:00 | Philadelphia FCU, 12800 Townsend Road, Philadelphia, PA 19154-1095 |
| 14986058 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | May 29 2026 01:18:12 | Portfolio Recovery-Citibank, POB 41067, Norfolk, VA 23541-1067 |
| 14988195 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | May 29 2026 01:14:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14988197 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | May 29 2026 01:14:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15007841 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | May 29 2026 01:17:48 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15038551 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | May 29 2026 01:17:49 | Resurgent Receivables LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14995995 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | May 29 2026 01:14:00 | Santander Bank, N.A.; as servicer, for Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 14986059 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | May 29 2026 01:14:00 | Santander Consumer, POB 660633, Dallas, TX 75266-0633 |
| 14986060 | + Email/PDF: SoFiBKNotifications@resurgent.com | | |
| | | May 29 2026 01:17:59 | Sofi, POB 654158, Dallas, TX 75265-4158 |
| 15004086 | Email/Text: bncmail@w-legal.com | | |
| | | May 29 2026 01:14:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 14986062 | Email/Text: bankruptcy@td.com | | |
| | | May 29 2026 01:14:00 | TD Bank NA, POB 746, Keene, NH 03431 |
| 14986061 | + Email/Text: bncmail@w-legal.com | | |
| | | May 29 2026 01:14:00 | Target, POB 660170, Dallas, TX 75266-0170 |
| 14986063 | ^ MEBN | | |
| | | May 29 2026 01:12:46 | UHG I LLC, 6400 Shewridan Drive, Ste 138, Buffalo, NY 14221-4842 |
| 14986064 | Email/Text: bknotice@upgrade.com | | |
| | | May 29 2026 01:14:00 | Upgrade, 275 Battery Street, 23rd fl, San Francisco, CA 94111 |
| 14986065 | + Email/Text: UpStart@ebn.phinsolutions.com | | |
| | | May 29 2026 01:14:00 | Upstart, 2345 Yale Street, Palo Alto, CA |

District/off: 0313-2                               User: admin                                      Page 4 of 5

Date Rcvd: May 28, 2026                            Form ID: pdf900                                   Total Noticed: 70

| | | | 94306-1448 |
|---|---|---|---|
| 14989376 | + Email/Text: peritus@ebn.phinsolutions.com | May 29 2026 01:15:00 | Upstart Network, Inc, C/O Peritus Portfolio Services II, LLC, PO BOX 1149, Grapevine, TX 76099-1149 |

TOTAL: 56

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | FC Marketplace, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| cr | * | Merrick Bank, PO Box 10368, Greenville, SC 29603-0368 |
| cr | *+ | Resurgent Receivables LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, P.O. Box 1149, GRAPEVINE, TX 76099-1149 |
| 14986013 | *+ | American Express, POB 1270, Newark, NJ 07101-1270 |
| 14986014 | *+ | American Express, POB 1270, Newark, NJ 07101-1270 |
| 14986015 | *+ | American Express, POB 1270, Newark, NJ 07101-1270 |
| 15002972 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15002974 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14986018 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America Credit, POB 15019, Wilmington, DE 19886 |
| 14986019 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America Credit, POB 15019, Wilmington, DE 19886 |
| 14986026 | *+ | CAPITOL ONE, POB 71083, Charlotte, NC 28272-1083 |
| 14986027 | *+ | CAPITOL ONE, POB 71083, Charlotte, NC 28272-1083 |
| 14986028 | *+ | CAPITOL ONE, POB 71083, Charlotte, NC 28272-1083 |
| 14986029 | *+ | CAPITOL ONE, POB 71083, Charlotte, NC 28272-1083 |
| 14986030 | *+ | CAPITOL ONE, POB 71083, Charlotte, NC 28272-1083 |
| 14986031 | *+ | CAPITOL ONE, POB 71083, Charlotte, NC 28272-1083 |
| 14986032 | *+ | CAPITOL ONE, POB 71083, Charlotte, NC 28272-1083 |
| 14986037 | *+ | Commonwealth Of PA, POB 280946, Harrisburg, PA 17128-0946 |
| 14986039 | *+ | Discover Card, POB 71094, Charlotte, NC 28272-1094 |
| 14989150 | * | FC Marketplace, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| 14986040 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, Philadelphia, PA 19255 |
| 14986041 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, Philadelphia, PA 19255 |
| 14986043 | *+ | JP Morgan Chase Bank, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 14986044 | *+ | JP Morgan Chase Bank, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 14986045 | *+ | JP Morgan Chase Bank, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 14986046 | *+ | JP Morgan Chase Bank, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 14986050 | *+ | LVNV Funding, POB 10497, Greenville, SC 29603-0497 |
| 14986066 | *+ | Upstart, 2345 Yale Street, Palo Alto, CA 94306-1448 |
| 14986067 | *+ | Upstart, 2345 Yale Street, Palo Alto, CA 94306-1448 |
| 14986068 | *+ | Upstart, 2345 Yale Street, Palo Alto, CA 94306-1448 |
| 14986069 | *+ | Upstart, 2345 Yale Street, Palo Alto, CA 94306-1448 |

TOTAL: 1 Undeliverable, 33 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0313-2                                      User: admin                                              Page 5 of 5

Date Rcvd: May 28, 2026                         Form ID: pdf900                                Total Noticed: 70

Date: May 30, 2026                          Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRENDA SUE BISHOP | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov |
| GARY E. THOMPSON | on behalf of Debtor Timothy Walters get24esq@aol.com |
| GARY E. THOMPSON | on behalf of Joint Debtor Andrea Walters get24esq@aol.com |
| JOHN ERIC KISHBAUGH, I | on behalf of Creditor M&T BANK ekishbaugh@kmllawgroup.com |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor KeyBank  NA bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | § | Chapter 11 |
|  | § |  |
| Timothy and Andrea Walters, | § | Case No.  25-10949-AMC |
|  | § |  |
| Debtors. | § |  |

## ORDER DISMISSING CASE

Upon the *Motion of the United States Trustee to Dismiss Debtors' Case for Failure to (I) Maintain Insurance and (II) Attend the Initial Debtor Interview* (the "Motion"), and the Court having considered the Motion and all related filings, and this Court possessing jurisdiction over this matter and venue being proper, and notice of the Motion having been sufficient and no further notice is required, and upon the record herein, and after due deliberation thereon, and good and sufficient cause appearing therefore; it is hereby:

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED.

2. The Debtors' bankruptcy case is hereby DISMISSED.

Dated:  May 28, 2026

The Honorable Ashely M. Chan
United States Chief Bankruptcy Judge

1